JUDGE SCHOFIELD

# 20 MISC 737

**[in]Balkanli`s Court, [in ]Court of Record,
|at]
Federal Court (Ancillary Court of Equity, in Chancery)
|at]**
**[500] Pearl Street, New York County, New York Republic, Within America**
Managed by://United States District Court, for The Southern District of New York, A
Private Commercial Corporation and/or De facto Government Agency
**: i, a man; [Muharrem]:" we": the people**: House of;: [Balkanli]
**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the Living People in Flesh&Blood up-on the Land , a living inhabitant
of Green Land, Not a Legal Corporate, Legal Person or an Legal Entity"]**

## 'SUMMONS: NOTICE TO APPEAR'

## "TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD, HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"

AGAINST,


Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN
LLC.,&**CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT
TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK
MOVING CORPORATION&The State of New York, "**John, S, Lansden,Maria
Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar
Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,Jeremy, S, Weinstein,
Audrey I, Pheffer,Francis K, Kenna**

Wrongdoer(s)
## [U.P.U & TRIPOLI TREATY APPLIES];

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 1

TO:

Wrongdoers:Edward F, a man: a people: of family: Guida, Jr., located at 47-26,104th Street, Corona, New York, 11368,U.S.A.

Wrongdoers: Owner(s) and or Principal(s) of RAS BORISKIN LLC.,**&CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., located at 900 Merchants Concourse, Suite 310, Westbury, New York, 11590,U.S.A.

Wrongdoers: Owner(s) and or Principal(s)of NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION located at 1762 Chaladay Lane, East Meadow, New York, 11554,U.S.A.

Wrongdoers:Owner(s) and or Principal(s)of The State of New York, located at 28 Liberty Street, New York, New York, 10005, U.S.A.

Wrongdoers: "**John, S, Lansden, MariaRessos, Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell**,located at 8917 Sutphin Boulevard, Jamaica, New York, 11435,U.S.A.

Wrongdoers**: Jeremy, S, Weinstein, Audrey I, Pheffer,Francis K, Kenna located at 8811 Sutphin Boulevard, Jamaica, New York, 11435.**U.S.A.

**JUDICIAL NOTICE**: A **VERIFIED CLAIM OF ACTION AT COMMON LAW, SUITS IN EQUITY** HAS BEEN FILED AGAINST YOU; THE PEOPLE; MEN AND WOMEN AND ALL PERSONS AND OWNER(S), PRINCIPAL(S) OF SAID ENTITIES BEING HEREAFTER COLLECTIVELY AND NAMELY SITUATED AS "**WRONGDOERS**" IN AFOREMENTIONED CASE, IN THE SAID COURT.

**TAKE JUDICIAL NOTICE** : WITHIN **TWENTY-ONE (21) DAYS**AFTER SERVICE OF THIS SUMMONS UPON YOU;THE PEOPLE,MEN AND WOMEN; ALL PERSONS AND OWNER(S)AND OR PRINCIPAL(S) OF SAID ENTITIES [**NOT COUNTING THE DAY OF RECEIVING THE HEREIN SAID SUMMONS**]; YOU THE PEOPLE;MEN AND WOMEN;PERSONS AND OWNER(S), PRINCIPAL(S) OF SAID ENTITIES MUST SERVE UPON THE TRIBUNAL WRONGED, HARMED, AGGRIVED PARTY MAGISTER PROSECUTOR CLAIMANT **A VERIFIED, SWORN ANSWER** TO ATTACHED **VERIFIED CLAIM** , AND ALSO **YOU MUST APPEAR IN PROPIO PERSONAM SUCH DATE AND TIME AT THE SAID COURT; AT ONCE; AND FILE**

YOURSWORN; VERIFIED;ANSWERING AFFIDAVITS WITH THE SAID COURT.

**TAKE FURTHER JUDICIAL NOTICE THAT**: IF YOU; MEN AND WOMEN; THE PEOPLE; PERSONS AND THE OWNER(S)AND OR PRINCIPAL(S) OF SAID ENTITIES FAIL TO RESPOND, AND OR FAILS TO APPEAR; A BENCH WARRANT ORDER BE ISSUED FOR YOUR APPEARANCE TO BE BROUGHT IN FRONT OF JUSTICE OF COURT FOR A FINAL VERDICT OF JUDGEMENT BY [**TRIBUNAL PANEL OF JURORS OF JUDGES; OF PEERS**], TO BE WITNESSED AND SIGNED (**WET-BLUE-INK**) BY **THE MAGISTRATE(S) JUSTICE OF PEACE**, **THE OFFICE OF THE COURT CLERK, CLERK OF THE COURT,AND OR BY THE DEPUTY CLERK OF THE COURT** WILL BE TAKEN AGAINST YOU FOR THE COMPENSATION FOR THE HARM AND DAMAGES CAUSED, AND FOR THE RESTORATION OF THESAID PROPERTY AS DEMANDED IN THE VERIFIED CLAIM.

**TAKE FURTHER JUDICIAL NOTICE THAT**: ATTACHED ORDER OF **SUBPOENAS** DECUS TECUM ARE BEING ISSUED HEREIN AND BEING ACCOMPANIED WITH THIS SUMMONS, NOTICING YOU TO **APPEAR IN PERSONAM** [**AT**] THE SAID COURT, ON SUCH TIME AND DATE ASSIGNED, AS YOU ARE HEREBY COMMANDED TO APPEAR, AND TO FILE YOUR VERIFIED, SWORN ANSWERING AFFIDAVITS WHICH MUST BE SERVED UPON THE HARMED, WRONGED, AGGRIEVED PARTY, TRIBUNAL MAGISTER PROSECUTOR CLAIMANT, WHOSE NAME AND ADDRESS ARE TO:

Mr. Muharrem;Balkanli

Care of:// [4403] 48th Avenue, Suite#168 (international Zone)

New York County, New York Republic, Within America

Near to the [11377-9998]

{outside of the Federal Democratic Zone-Jurisdiction}

December 11th ,2020



MuharremBalkanli
**Attornatus Privadus**

DEI GRATIA

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 3

**[in]Balkanli`s Court, [in ]Court of Record,**
**[at]**
**Federal Court (Ancillary Court of Equity, in Chancery)**
**[at]**
**[500] Pearl Street, New York County, New York Republic, Within America**
Managed by://United States District Court, for The Southern District of New York, A
Private Commercial Corporation and/or De facto Government Agency
**: i, a man; [Muharrem]:" <u>we</u>": the people: House of;: [Balkanli]**
**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the Living People in Flesh&Blood up-on the Land , a living inhabitant**
**of Green Land, Not a Legal Corporate, Legal Person or an Legal Entity"]**

---

'<u>NOTICE AND ORDER FOR SUBPOENA</u>

**<u>"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD</u>**
**<u>UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD,</u>**
**<u>HONEST SERVICES MAIL FRAUD, PUBLICCORRUPTION"</u>**

AGAINST,
Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN
LLC.,&**CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT
TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK
MOVING CORPORATION&The State of New York, **John, S, Lansden,Maria**
**Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin,Bland, Ehedia Pilar**
**Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,Jeremy, S, Weinstein,**
**Audrey I, Pheffer,Francis K, Kenna**

---

Wrongdoer(s)

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 4

TO: Aforementioned -Wrongdoers;
The Men and the Women, Persons;
Owners, Principals of Said Entities;

**COMES NOW;<u>BY THE PEOPLE, FOR THE PEOPLE</u>;**
:**i, a man; [Muharrem]:" <u>we</u>": the house**: of: House: **[Balkanli]**, also known as Mr. Muharrem; Balkanli; being duly sworn under oath, affirmation and penalty of the laws of perjury hereby deposes and declares and presses upon the Court of record with this order;

**THAT**; following wrongdoers, men and women, people, persons and owners of said Entities, all individuals and principals all together along with,in the interest of action brought at Common law; are proper; as <u>witnesses</u> and as <u>wrongdoers</u> to be standing in this suit- Action at Equity of law who are necessary as real party in interest in the suits of equity who then;

**WHEREFORE;** aforementioned wrongdoers must be brought into Court of justice and into the Balkanli`s Court, A Court of Record proceedings and have custody of documents in relation with the action at law.

**AND FOR THE GOOD CAUSE SHOWN HERE;** it is hereby decreed and **<u>ORDERED</u>** that subpoenas herein be issued and properly served timely by the aggrieved party claimant upon the said wrongdoers and named individuals and entities and its agents, principals to bring forward such wrongdoers, people, persons,individuals and evidence of facts to justices of; on before the tribunal panel of jurors of judges of peers and before the magistrate(s) Justice of the Court of Record, in order to minister as my Court; Balkanli Court, a 'Court of Record';to provide what is Just and Proper.

**<u>YOU ARE HEREBY COMMANDED</u> ;**That All Business and excuses being laid, and set aside, to **APPEAR IN PROPIO PERSONAM [in] Balkanli`s Court, 'a Court of Record'** before the Grand Tribunal Panel of Jurors of Judges of Peers, and before the Impartial Magistrate(s) Justices of the Court of Record **[in] Federal Court [at]** the above location.; **at 09:30 Hours on 22<sup>nd</sup>Day of January, 2021** at the Court House: to testify and give evidence; in original form of documents; in the "Equity Suit-action or proceedings at the Supreme law of land; there pending and bring

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 5

with you and produce at the time and place aforesaid , the following ALL records in original forms , as claims and or complaints & Court Documents in relation to named, aggrieved living individual's property; and documents thereof [4132 40th Street, Town of Sunnyside, Queens County;New York Republic , near to the[11104] in any form which includes, relates to the named aggrieved party claimant Muharrem: a living man: i;me we the people; house of :Balkanli.

**FAILURE TO COMPLY WITH THIS SUBPOENA** shall be deemed; guilty of contempt of court and you will be subject to an order ofbench warrant to be issued by the Court; upon such failure, and or to fine and imprisonment.

THE COURT:

DEI GRATIA

SEAL

SO, ORDERED.

**MuharremBalkanli**
**Attornatus Privadus**

**Signed before on this day of 11th, December, 2020**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 6

[in]Balkanli`s Court, [in ]Court of Record,
[at]
**Federal Court (Ancillary Court of Equity, in Chancery)**
[at]
[500] Pearl Street, New York County, New York Republic, Within America
Managed by://United States District Court, for The Southern District of New York, A
Private Commercial Corporation and/or De facto Government Agency
: i, a man; [Muharrem]:"we": the people: House of;: [Balkanli]
**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the Living People in Flesh&Blood up-on the Land , a living inhabitant**
**of Green Land, Not a Legal Corporate, Legal Person or an Legal Entity"]**

---

**\*NATURE OF CASE: CLAIM: CLAIM: TRESPASS; [FORGERY];(VERIFIED) \***

**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD
UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD,
HONEST SERVICES MAIL FRAUD, PUBLICCORRUPTION"**

AGAINST,
Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN
LLC.,&**CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT
TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK
MOVING CORPORATION&The State of New York, "**John, S, Lansden,Maria
Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar
Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,Jeremy, S, Weinstein,
Audrey I, Pheffer,Francis K, Kenna**

---

Wrongdoer(s)

---

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 7

**COMES NOW**:I,me:a living man;[Muharrem];"we 'the people: of: house of :[Balkanli], a/k/a Mr.Muharrem; Balkanli do hereby require: demand: order: a "Court of Record";, A Clerk,  "Trial by Independent Tribunal Panel  Jury of Judges of Peersand  Impartial Magistrate(s) Justice(s) of Peace [ tominister and administration to holda "Court of Record"  and require of the Clerk of the Court to file my case, my Court in competent Jurisdiction & Venue in Accordance with Common Law.

<div align="center">

**Verified Claim: trespass[forgery]**

</div>

**:i: a man: claim:**

1.the said <u>wrongdoer(s) trespass</u> upon (my) pro-per and (my) pro-per-ty;

2.the causal agent of the trespass, comes <u>by way of itsuse of forged instrument(s);</u>

3.the trespass did and <u>does harm and injury to (my) pro-per and pro-per-ty;</u>

4.the commencement of <u>the wrong, wrongdoing and harm began on the 9th, day of February, 2017;</u>

5.the wrong, wrongdoing and harm <u>continues to now, this 11th day of today, December 2020, and on;</u>

6.: <u>i: a man: require restoration of (my) pro-per-ty and demand compensation for the initial and continual trespass upon (my) pro-per and (my) pro-per-ty;</u>

7.compensation due: <u>in the amount of due as a true bill attached here as see as Exhibit: Part A entire affidavits; claims, filings recorded and pressed upon, on record and to be adjudicated by the Tribunal Panel of Jury of the Judges of peers.</u>
     :i:me, a living man:[Muharrem];we" the people; House of Balkanli; sayeth here, and will verify in Open Court, that all herein be True.

---

<div align="center">

December 11th, 2020                    Muharrem;Balkanli

</div>

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 8

**[in]Balkanli`s Court, [in ]Court of Record,**
**[at]**
**Federal Court (Ancillary Court of Equity, in Chancery)**
**[at]**
**[500] Pearl Street, New York County, New York Republic, Within America**
Managed by://United States District Court, for The Southern District of New York, A
Private Commercial Corporation and/or De facto Government Agency
**: i, a man; [Muharrem]:" we": the people**: House of;: [Balkanli]
**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the Living People in Flesh&Blood up-on the Land , a living inhabitant**
**of Green Land, Not a Legal Corporate, Legal Person or an Legal Entity"]**

---

**[\*JUDICIAL COGNIZANCE NOTICE\*]**
**[" RIGHT TO PURSUE A CLAIM: JURISDICTION: VENUE: SIGNATURE:]**
**U.S.C.I.T.: MISCELLANEOUS CASE #_____**

**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD**
**UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD,**
**HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"**

AGAINST,
Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN
LLC.,&**CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT
TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK
MOVING CORPORATION&The State of New York, "**John, S, Lansden,Maria**
**Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar**
**Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,Jeremy, S, Weinstein,**
**Audrey I, Pheffer,Francis K, Kenna**

Wrongdoer(s)

---

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5[TH] COMMON LAW
\*CASE U.S.P.S. #9114-9023-0722-4215-4677-75\* pg. 9

Established and Ordained; The Balkanli`s Court; presents and delivers <u>Judicial Cognizance Notice</u>:

Firstly: in regards to; "right to pursue a claim";i: a living man:[Muharrem]; we the people; house of Balkanli; do now require, demand and orders; all of the (public servants) civil-Constitutional officers and of the "Office of the Court Clerk", for the Balkanli`s Court;"A Court of Record" [in] Federal Court [at] (Public Court House)Federal Civil Court House, to not to interfere with (my) right to pursue claim: See regarding: Exhibit Endnote: attached herein;

Secondly: Any Civil Constitutional Officers a/k/a public servants, and or qualified employees, of Court or the Othe4r Corporate Courts, to alter my claim (diversity; Right[Private right of Action] and convert it: my claim, IT INTO A : civil rights complaint:440:Other:Federal Question: Title 42 Section 1983 would be a cause of: an interference with my rights, and; confusion to all, who will be reading my claim, in the[near]future;therefore it would be required, demanded ordered herein, to tender to the "Balkanli`s Court", very precise the findings of facts and conclusions of law for such egregious actions that Balkanli`s Court will take notice as Contempt of Court and it will be VOID.

Thirdly: i: A MAN:[Muharrem]; WE THE PEOPLE declare: any interference of: for, or, with the enjoyment of my [my]pro-per-ty[the exercise of right(s)], by any public servants, any qualified employee, of court, <u>will be held liable for damages</u> due to injury and/or harm, <u>resulting from or arising out of ANY tortuous act, error, or omission of the individual</u>['trespass upon the case"];

Fourthly: i: A MAN: [Muharrem]; WE THE PEOPLE will require: compensation of one-dollar for every second (viz., moment in time) for any trespass;

Fifthly:i: A MAN, Muharrem];WE THE PEOPLE declare and require: demand and order: all papers, writs, <u>"doc-u-ments"</u> (including recommendations and proposed orders, orders) being placed into the "case" file to have affixed upon it, paper document, writs; a "wet-ink"(Blue ink) signature of its creator, (NO RUBBER STAMPS) so that it, documents, papers can be pressed upon record.

All documents papers, writs submitted without "wet-ink" (Blue ink) signature; the court will take notice as a contempt of Court and it will be VOID;

Sixthlyi: A MAN:[Muharrem]; WE THE PEOPLE: enter "my case", [suit; accoutrements; &cs...] into "<u>Federal Court</u>";

Seventhly:" Federal Court" is to convene [at], a Civil Constitutional Court of Equity Court-house a/k/a/ public courthouse(venue);

Eighthly: the Federal Civil Equity Court house is a public courthouse, in where "my case" lies, is known as a federal district court;

Ninthly: the federal district Court is [at] a location referred to as;
        . " FEDERAL COURT HOUSE MANAGED BY THE U.S. S.D.N.Y which is managed by UNITED STATES CORPORATION."
"

Tenthly: The Name for the public courthouse varies but, at all times "my case" lies "in Federal Court";

Eleventhly:i: A MAN: [Muharrem]; WE THE PEOPLE: lay "my case", [suit; accoutrements; &cs...] into "<u>Federal Court</u>"; [i.e.; jurisdiction into "Ancillary FEDERAL COURT OF EQUITY OF CHANCERY"]

Twelfthly: i: a man: pay money: into a "Federal Court": ["*A party paying money into Court, admits the jurisdiction of such Court, and cannot plead in abatement to it." J. Chitty pg. 444 (1851)*]

Thirteenthly: "federal Court" is a "Court of Record" [<u>25 C.J. Vol., Federal Court § 344, pg. 974</u>see exhibit 29. COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

        A. A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parteGladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 11

B. Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parteGladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

C. Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

D. Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

E. Generally, possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

**Fourteenthly: "federal Court" is a "Court of Record" and only operates under common law:**

> **A.** 'court of record': acts in accordance with common law;[<u>Blacks Law Dictionary, 4th Ed. pg. 1014</u>]

**B.** 'court of record': <u>Proceeding according to the course of common law</u> [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parteGladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][**Black's Law Dictionary, 4th Ed., 425, 426**]

**Fifteenthly: A. A judicial tribunal (panel of jurors of judges, peers, and or the tribunal magister who lays his case in Court of record) having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, to administer the proceedings** [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parteGladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

**Sixteenthly:** in a 'court of record', the magistrate is independent and impartial to Court; of the tribunal [the panel of jurors of judges of peers, and or tribunal master magister aggrieved claimant prosecutor] cannot make decisions but only refers to tribunal for final verdict 'finalisveredictum' on disputed matters during the course of the proceedings of the said court.[Black's Law Dictionary, 4th Ed. pg. 1014].

**Seventeenthly:** Suits in Equity and Action at Common law, the right of trial by jury [ Tribunal Panel of Juror of Judges of peers] shall be preserved. [ Article 7 a/k/a Seventh Amendment Bill of Rights] 1776 Constitutional Rights for the United States.

**Eighteenthly:** The jury [Tribunal Pannel of Jurors of Judges of Peers] can take upon themselves and determine at their **own hazard, thequestions of each fact and every part of law;** [*cf.*Littleton § 386; BI. Comm. § 378];

**Nineteenthly:** The Balkanli`s Court requires a Magistrate, [ *cf. 28 U.S.C. Section 636(b)(1)];* It has come to attention of said *Court,* that the services of, any ARTICLE III judge,*[ all judges are as well magistrate justices of peace]*are available to serve said Court; if any Article III sworn Judge or Magistrate believes he is qualified to minister the affairs of a "Court of Record", his(honorable) services will please said Court;

*Twentiethly:* In the very event of unavailability; then the Office of Court Clerk may assign Tribunal Panel of one (1) and/or three (3) or five (5) and/or seven (7) or nine (9) Magistrates of Justices of Peace; and make available dates on Court calendar for voire dire-jury pool selection of tribunal panel of jurors of judges of peers hence the matters now; at issue memorandum.

:i: A MAN:[Muharrem]; WE THE PEOPLEsayeth here, and will verify in Open Court, that all herein be True.

Muharrem; Balkanli

**December, 11ᵗʰ, ,2020**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5ᵀᴴ COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 13

# EXHIBIT ENDNOTE

**Endnote regarding:**

**Notice: right to pursue a claim**

[*of* Private Right of Action]

---

http://www.almd.uscourts.gov/faqs/prose_faq.htm

"*...If you are unable to find an attorney to represent you, you have the right to pursue your claim(s) in the court by appearing without representation...*"

---

RIGHT OF ACTION: The privilege of instituting a lawsuit arising from a particular transaction or state of facts, such as a suit that is based on a contract or a TORT, *a civil wrong*

PROSECUTE: 15c., "follow up, **pursue**" (some course or action), from L. *prosecutus*, pp. of *prosequi* "follow after" (See: pursue). Meaning "bring to a court of law" is first recorded 1570s. *Prosecutor* in legal sense is attested from 1660s;

Definition of **Prosecute** is provided by 1913 Webster's Dictionary, To seek to obtain by legal process; as, to prosecute a **right in a court of law.**

CLAIM, ft. 1, A challenge, of the property or ownership of a thing which is wrongfully withheld from the possession of the claimant.

Stowel v. Zolieh" Plowd. 359 ;
Robinson T. Wh    ey. to N. Y. A91 ;
Fordyce v. Godman, 20 Ohio St, 14 ;
Douglas v. Beasley, 40 Ala. 147 ;
Prigg v. Pennsylvania, 16 Pet. 616, 10 L. Ed. 1060 ; U. S. v. Rhodes (9. C.) 30 Fed. 433 ;
Silliman v. Eddy, 8 How. Prac. (N. Y.)

A claim is a right or title, actual or supposed, to a debt, privilege, or other thing in the possession of another ; not the possession, but the means, by or through which the claimant obtains the possession or enjoyment.

Lawrance v. Miller, 2 N. Y. 245, 254.

RIGHT: I, do not require a 'CIVIL RIGHT', when I already possess inherent rights in this matter now before the Court;

# Exhibit 29:
## The federal district courts are courts of record

974   [26 C.J.]                   *FEDERAL COURTS*                   [§§ 343-347]

[§ 343]  3.  **Judges.** The statute provides for the number and qualifications of judges and requires that every district judge shall reside in the district, or one of the districts, for which he is appointed. During a vacancy in the office of district judge for a district extensible with a state, no other judge is authorized to sit therein, and all judicial action remains in abeyance until the vacancy is filled, or another judge is designated, pursuant to law, to exercise the judicial functions temporarily. Provision is made, however, for the designation of another judge in case of a vacancy in the office of judge of a particular district, or disqualification of the judge.

[§ 344]  B.  **Character of Courts.** The federal district courts are courts of record.

[§ 345]  C.  **Terms and Sessions.** Acts of a court done at a term held in conformity with a repealed act and before the time appointed under the repealing act which divided the district are void. A court sitting in one division cannot make an order between terms of court of another division affecting a marshal's acts under an order of sale in admiralty made in the latter division. Under the statute providing that special terms of any district court may be ordered by the district judge, and that "any business may be transacted at such special term which might be transacted at a regular term," a district court has jurisdiction at a special term to try a defendant on an indictment returned at a previous regular term, and it is not necessary that the order for the special term be incorporated in the record of the case to show such jurisdiction. The court is open from the beginning of

each session to its end for the return of writs on the criminal side, although it has adjourned as a criminal court.

[§ 346]  D.  **Rules of Procedure.** The district courts have power to make rules and orders regulating their own practice, provided such rules are not inconsistent with any law of the United States or any rule established by the supreme court with respect to practice in all district courts. Except as otherwise provided by statute, or by rule of court, the practice in suits of equity and of admiralty and maritime jurisdiction must be according to the principles, rules, and usages which belong to courts of equity and of admiralty, respectively.

[§ 347]  E.  **Jurisdiction**—1. **In General.** The district courts are now the courts of general original jurisdiction in the federal judiciary system, and they have jurisdiction in all cases falling within the jurisdiction of federal courts, except in so far as particular cases fall exclusively within the original jurisdiction of the supreme court, laying out of consideration territorial and other statutory courts not vested with the federal judicial power. Formerly the jurisdiction of the district courts was much more limited, the general original federal jurisdiction being divided between the district and the former circuit courts. Speaking generally the district court had jurisdiction of enumerated classes of cases, mainly, but not exclusively, cases with a governmental aspect, while the circuit court had jurisdiction of the great mass of litigation in cases of a civil nature between private parties, where the jurisdiction rested upon the citizenship, or char-

UNITED STATES COURTS

FEDERAL COURTS | RULES & POLICIES | JUDGES & JUDGESHIPS | STATISTICS | COURT RECORDS | FORMS & FEES | EDUCATIONAL RESOURCES | NEWS

SEARCH [ ] or click the link from the menu. Select a map type from this menu.

All Court Services | Court Locator | Careers | RSS Feeds | Email Updates

## UNDERSTANDING FEDERAL AND STATE COURTS

**Educational Resources**

- Civics & Courts
- Certificate of Naturalization
- Constitution Resources
- Structure of Federal Courts
- Comparing Federal and State Courts
- Judicial Process
- Understanding Federal and State...
- Court Shorts: Jury Service
- Jurisdiction: Limited vs. General

### Introduction

The judicial system in the United States is unique insofar as it is actually made up of two different court systems: the federal court system and the state court systems. While each court system is responsible for hearing certain types of cases, neither is completely independent of the other, and the systems often interact. Furthermore, solving legal disputes and vindicating legal rights are key goals of both court systems. This lesson is designed to examine the differences, similarities, and interactions between the federal and state court systems to make the public aware of how each system goes about achieving these goals.

### Objectives

After completing this lesson, one should be able to:

- Understand that the American judicial system is actually made up of two separate court systems: the federal court system and the state court systems.
- Know the structure of the federal court system and a typical state court system and be able to discuss the similarities and differences between the two.

### Jurisdiction of the Federal Courts

The jurisdiction of the federal courts is spelled out in Article III, Section 2, of the United States Constitution. Federal courts are courts of limited jurisdiction because they can hear only two main types of cases:

1. **Diversity of Citizenship:**
Federal courts can have jurisdiction over a case of a civil nature in which parties are residents of different states and the amount in question exceeds the amount set by federal law (currently $75,000). The federal courts are often required to apply state law when dealing with these cases since the issues concern matters of state law. The fact that the parties are from different states and that the amount in question is high enough is what manages to get such cases into federal court.

### Jurisdiction of the State Courts

The jurisdiction of the state courts extends to basically any type of case that does not fall within the exclusive jurisdiction of the federal courts. State courts are common-law courts. This means that they not only have the authority to apply or interpret the law, but they often have the authority to create law if it does not yet exist by act of the legislature to create an equitable remedy to a specific legal problem. Examples of cases within the jurisdiction of the state courts usually include the following:

1. **Cases involving the state constitution**—Cases involving the interpretation of a state constitution.
2. **State criminal offenses**—Crimes defined and/or punished by the state constitution or applicable state statute. Most crimes are state criminal offenses. They include offenses such as murder, theft, breaking and entering, and destruction of property.
3. **Tort and personal injury law**—Civil wrongs for which a remedy may be obtained, usually in the form of damages; a breach of duty that the law imposes on everyone in the same relation to one another as those involved in a given transaction.

EXHIBIT-29-A

**[in]Balkanli`s Court, [in ]Court of Record,**
**[at]**
**Federal Court (Ancillary Court of Equity, in Chancery)**
**[at]**
**[500] Pearl Street, New York County, New York Republic, Within America**
Managed by://United States District Court, for The Southern District of New York, A Private Commercial Corporation and/or De facto Government Agency
**: i, a man; [Muharrem]:" we": the people**: House of;: **[Balkanli]**
**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the Living People in Flesh&Blood up-on the Land , a living inhabitant of Green Land, Not a Legal Corporate, Legal Person or an Legal Entity"]**

---

**'JUDICIAL COGNIZANCE NOTICE OF RULES OF BALKANLI`S COURT'**

**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD, HONEST SERVICES MAIL FRAUD, PUBLICCORRUPTION"**

AGAINST,
Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN LLC.,&**CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION&The State of New York, "**John, S, Lansden,Maria Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,Jeremy, S, Weinstein, Audrey I, Pheffer,Francis K, Kenna**

---

Wrongdoer(s)

**Established and Ordained; The Balkanii's Court; presents and delivers Judicial Cognizance Notice of Rules:**

1.  All-rights Reserved and exclusively belongs to claimant-prosecutor master. None waived, and none negotiable.

2.  No Foreign Agents/ Foreign attorney at law, nor a third-party [**NOT ALLOWED IN A 'COURT OF RECORD'**] can appear on behalf of accused wrongdoers and Nor such foreign agents/ foreign attorney, third party hearsay may file appearance on behalf, present hearsay evidence or hearsay testimony except to receive personal service of summons, and service of process and no other.

3.  Attorneys are third party to subject matters, anything submitted by attorney without a witness first-hand knowledge, a corpus delicti sworn testimony or verified affidavit, and belonging to third party may not be admitted into evidence and wherefore not allowed in Balkanii's Court.
    (cf. Trinsey v Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647. "Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment, 'No attorney submission can be admitted into evidence, period.')

4.  No motion to Dismiss, and or summary judgement may be submitted to Balkanii's Court, and or the magistrate assigned to hold and administer the proceedings of Court of Record; and if any; such presentments must be made in propriopersonam, viavvoche; before the Tribunal panel of Jurors of Judges of Peers, at the time of Trial by Jurors, trier of the facts, only after at issue memorandum part, filed with Balkanii's Court, at any stage of the Court when all parties are present, at Balkanii's Court.

5.  Disclosure and Discovery, orders specifying disclosure are made by prosecutor master. Unreasonable refusal, and delay to admit evidence including delay to

All-Rights Reserved–None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122.- U.S. CONGRESS–5TH COMMON LAW
*CASE U.S.P.S, #911.4-9023-0722-4215-4677-75* pg. 18

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments

U.P.U. TREATY & TRIPOLI TREATY No.122.- U.S. CONGRESS-5[TH] COMMON LAW

admissions will be penalized by assessment of cost of proof and or by way of void judgment.

6. All proceedings before to Balkanis Court shall be made simple, and informal and in summary.

7. All appearance shall be made under oath and affirmation and must be sworn before the Court, by a clerk of the Court and or before magistrate who is impartial, to a Writ.

8. All evidence and admissions  and all men and women, the people, persons; owners of said entities  and all real interest parties must be sworn on record before the magistrate and Court Clerk under oath and affirmation and All Court personal shall make available to provide for inspection of their oath of office(**if required**)and such shall be made available for transcript of record, upon demand **required**)for appeal board to review, if in case; Appeal becomes necessary **(if required)** venue.

9. Only one preliminary hearing is allowed before presenting verified claim and or verified answering affidavits to tribunal trial by jurors of judges of peers for discovery and disclosure purposes.

10. The Balkanli's Court will be accepting claims between 9.30 am until 10.30 am on January, 22nd , 2021. All Claims must be verified and made under sworn affidavit/ testimony before a public-civil constitutional official and must be filed in advance in form of a writ,(21 days of receipt of Summons-CM-RRR) as expiration of Claims up made to; by Court by January, 22nd , 2021 at 10.30 am. If no living man comes forth and or submits any part thereof a claim, the Clerk of The Court, the Constitutional Civil Officer of this Court shall draw & execute  a writ and sign the order of Writ of Possession.

11. Any discrepancy and disputes arises; such matter of discrepancy in controversy, and in question shall only be directed to, and be decided by the tribunal panel of trial by jurors of judges of peers, before magistrate to wit, and guidance shall be afforded for; of instructions to tribunal panel of jurors of judges of peers; by jurisprudence.

12. Tribunal Panel of trial by Jury of Judges of Peers shall be made available upon requirement, shall be duly in accordance with consistence of twenty-five (25) people, shall not be less then twelve (12) people; if such quantity may so not so be available.( and or Could or may be Selected 25 Church Priests+25 Rabbis+25 imans totaling 75 living man in Equity)

13. Law [at] decree by the Aggrieved Party Claimant Magister Tribunal Sovereign Prerogative, as with; Constitutions for United States signed and executed of 1776, New York and Magna Carta, the Great Magna Chartarium, Moreover, the general misconception is that any statutes, codes rules passed by legislators bearing appearance of constitutes **Law of the Land, The United States Constitution is the Supreme Law of the Land, and any Statute, Code(special interest) & Law, Rule; in ORDER to be valid,** which must be in agreement and along in harmony with. It is impossible for a law, code and or rule which breaches (violates) the constitution to be valid. This succinctly stated as follows;" **All Laws which are** *"REPUGNANT"* **to the Constitution are NULL and VOID."** "Marbury vs. **Madison, 5U.S. (2 Cranch) 137, 174, 176, (1803),**" "Re-butt-ed 3684 times but **has never been overturned.**

14. Rules of the Said Court, Balkanli's Court, Court of Record may so be amended, and or added by the prosecutor Tribunal Master Aggrieved party claimant sovereign prerogative, with or without notices forehadn written or unwritten as i:A MAN;[Muharrem],"we" THE PEOPLE; do ordain and establish, as it states in the **PREAMBLE, as we the people, by the people, for the people, as "we" the people [people reserves all rights heretofore, and hereafter; waive none whatsoever] do not yield their sovereignty"** to the agencies which serves the

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments

people, in aid of the people`s public affairs and business.

15. All Hearings before Balkanli`s Court shall only be governed by Rules and so be adapted and prescribed by the prosecutor master and No amendment shall be made without the consent of the prosecutor master.

THE COURT:

DEI GRATIA

SEAL

USA
1c
Tiffany Lamp

SO, ORDERED.

USA
1c
Tiffany Lamp

**MuharremBalkanli**
**Attornatus Privadus**

**December 11th, 2020**

**[in]Balkanili's Court, [in [Court of Record,**
**[at]**
**Federal Court (Anciliary Court of Equity, in Chancery)**
**[at]**
**[500] Pearl Street, New York County, New York Republic, Within America**
Managed by://United States District Court, for The Southern District of New York, A
Private Commercial Corporation and/or De facto Government Agency
: i, a man; [Muharrem;.:"we": the people: House of:; [Balkanli]
**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the Living People in Flesh&Blood up-on the Land , a living inhabitant**
**of Green Land, Not a Legal Corporate, Legal Person or an Legal Entity"]**

## *NOTICE*TRANSFER-REMOVAL*ORDER*

**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD**
**UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD,**
**HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"**

**AGAINST,**

Edward F, a man: a people: of family; Guida, Jr.,& RAS BORISKIN
LLC.,&CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4, a/k/a/ CHRISTIANA TRUST A DIVISION OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT
TRUSTEE OF ARLP TRUST 4,,& NETWORK TRUCKING a/k/a/ NETWORK
MOVING CORPORATION&The State of New York, **"John, S, Lansden,Maria**
**Ressos, Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar**
**Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,Jeremy, S, Weinstein,**
**Audrey I, Pheffer, Francis K, Kenna**

Wrongdoer(s)
"
—

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122.- U.S. CONGRESS-5TH COMMON LAW
*CASE U.S,P.S,#9114-9023-0722-4215-4677-75* pg. 22

**NOTICE"**
**TRANSFER-REMOVAL**
**"ORDER"**

**REMOVAL**

**FROM" COURT OF RECORD;"**

**[at]**

**"CIVIL COURT"**

**and**

**"UNITED STATES COURT OF INTERNATIONAL TRADE"**

**TRANSFER TO;BALKANLI`S COURT; "A COURT OF RECORD,"**

**[in]**

**FEDERAL COURT,**

**[at]**

**"[500]pearl Street, New York County, New York republic, Within America"**

**[AN ARTICLE III COURT "QUAISI *JUDICIAL*& "LEGAL" SYSTEM-**

**TRIBUNALS COURT"-**

**"ACTION AT (common) LAW of Land AND/or SUITS IN EQUITY" MULTI-**

**JURISDICTIONAL "A FEDERAL DISTRICT COURT"]**

**COMES NOW**, **The Court**, also known as "**Balkanlis Court**," "**a Court of Record,"Constitutional Court of Common Law Court of Pleas,[at]** the "Civil Court of City of New York,"[**JUDICIAL SYSTEM COURT**, Not legal system court] located **[at]** [8917] Sutphin Boulevard, Jamaica, A town in Queens County, at New York Republic, a Public Court; in Public Venue namely of; 11th Judicial District

of New York Republic, being situated, as Public Court, in the Public Venue, AND

SUCH REPERCUSSION CONTINUED by U.S. INTERNATIONAL TRADE

COURT after failing persistently knowingly and willingly in

**MALFEASANCE,NONFEASANCE AND MISFEASANCE** to provide "a pro-per"

Equity in Chancery and/or common Law Court Decorum, of a "**Court of Record.**"

**WHEREAS: BALKANLI COURT; COURT OF RECORD; NOTICES,**

**ORDERS, to** the all Clerks and the said  Civil Court and Deputy Clerk

of the said Civil Court; and U.S. INTERNATIONAL TRADE COURT on our own

motion to **TRANSFER and REMOVE**the entire cases and its records, the original

filings of entire proceedings, providing summary reports of said indexes of actions ;

along with individual case summary reports directly to attention of office of the Court

Clerk; Clerk of the Court; for the "**Balkanli's Court;**" **Court of Record;**

**Constitutional Federal Equity and Common Law Court of Pleas,** [at] **FEDERAL**

**DISTRICT COURT** [at] above location.

**WHEREFORE;"Tribunal-Magister Prosecutor Harmed-Wronged-**

**Aggrieved Party-Claimant;"** Muharrem, a man, one of the people of **[Balkanli]**,

moving **[Balkanli's Court;] A Court of Record]** of verified nature of case: Claim,

the cause of action, trespass at law, **suits in equity**, against the wrongdoers : men and

women, the people and corporate persons and entities; all thereof; as soon to be heard

in **Open Court Decorum, Court of Record,** be administered, and held on **9.30 hours**

**on Friday, of 22nd day of January, 2021** as soon as real interest parties, living

individuals and so on can be so heard before the  Impartial Magistrate Justice of Peace

and or by the Tribunal Panel of Impartial Magistrates of Justice of Peace; whom  are

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No.122-; U.S. CONGRESS-5[TH] COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 24

to be assigned by the Office of Court Clerk; Clerk of Court; and further such matters to be decided **<u>ONLY</u>** by impartial tribunal panel of Jurors of Peers,(**<u>Judg-e's</u>**) whose verdict for a final determination of <u>Final Judgement</u> [as required and demanded by the "**DUE PROCESS" Not for a Default or Void, Nihil Decit Judgement, but a Final Vere-Dictum " Verdict of Judgment by tribunal Panel of Jurors of Judges of peers ; who shall be independent to the Magistrate(s); whom be assigned to hold administer the Court, "Court of Record;" for compensation for harm and damages in-for the causeof said claim of trespass and in restoration of property**;] so be held [at] **<u>Federal Court; as a Court of Record</u>**; [at] <u>Civil Federal Equity Court of Chancery</u>..

THE COURT **SO, ORDERED.**

**SEAL**

DEI GRATIA

**Muharrem; Balkanli**
**:AttornatusPrivadus**

**December 11th, 2020**

**[in]Balkanli`s Court, [in ]Court of Record,**
**[at]**
**Federal Court (Ancillary Court of Equity, in Chancery)**
**[at]**
**[500] Pearl Street, New York County, New York Republic, Within America**
Managed by://United States District Court, for The Southern District of New York, A Private Commercial Corporation and/or De facto Government Agency
**: i, a man; [Muharrem]:" we": the people**: House of;: **[Balkanli]**
**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the Living People in Flesh&Blood up-on the Land , a living inhabitant of Green Land, Not a Legal Corporate, Legal Person or an Legal Entity"]**

---

## 'WRIT OF POSSESSION'

**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD, HONEST SERVICES MAIL FRAUD, PUBLICCORRUPTION"**

AGAINST,
Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN LLC.,&**CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION&The State of New York, "**John, S, Lansden,Maria Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,Jeremy, S, Weinstein, Audrey I, Pheffer,Francis K, Kenna**

---

Wrongdoer(s)

TO THE UNITED STATES MARSHAL OFFICE,
SOUTHERN FEDERAL DISTRICT, NEW YORK REPUBLIC

TO THE SHERIFF OF QUEENS COUNTY,
STATE OF NEW YORK REPUBLIC, A/K/A NEW YORK STATE;

**WHEREAS** on the January 22nd,2021 , by a certain judgment of the **Balkani's** **Court, Court of Record**, at New York County, **[in] Federal Court [at] Civil Federal Court of Chancery**, in a cause therein pending, wherein, **Muharrem: Balkani,** one of the people of New York, is Tribunal-Magister Prosecutor Aggrieved Party-Claimant and **CHRISTIANA TRUST, also known as CHRISTIANA TRUST**, is one of the wrongdoer(s), it was ordered and adjudged that the aggrieved party claimant recover the possession of the lands and premises, property with appurtenances described in his claims and any amendments to the verified claim, if any, from the following wrongdoers **CHRISTIANA TRUST, also known as CHRISTIANA TRUST** and any other real interest parties or occupants holding under them, which property, the vacant padlocked premises is, particularly described as follows; in Queens County, New York State: the said private property of three family being known as addressed as **41-32 40th Street, Sunnyside,Queens County New York Republic , near to the [11104],** **all floors, apartments of first floor(basement), Second floor, and third floor,** and it being represented to the Court that the City Marshall's deed was drawn wrongfully to **CHRISTIANA TRUST, also known as CHRISTIANA TRUST,** the possession of which said lands and property premises the said wrongdoers have hitherto **un-** **lawfully, il-legally and im-morally** deprived **Muharrem:Balkani of said property** **was the case,** as it appears to us of record.

**WHEREFORE; YOU ARE COMMANDED** to remove all locks and persons if there are any, from the following described "vacant property" in Queens County, New York; the said private property of three family house; being known, and situated as; as addressed as [41-32] 40th Street, Town of Sunnyside, at Queens County New York Republic, near to the [11104], all floors, apartments of first floor, Second floor, and third floor and to put Mr. Muharrem; Balkani in possession of it.

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-, U.S. CONGRESS-S$^{711}$ COMMON LAW
*CASE U.S.P.S, #9114-9023-0722-4215-4677-75* pg. 27

**THEREFORE, YOU ARE COMMANDED** that, without delay, you cause Mr.Muharrem; Balkanli, to have possession of the said lands and property, premises with appurtenances thereunto belonging and appertaining; and;

**MAKE** known to theBalkanli's Court, Court of Record,[in]federal Court [at] a Federal District Court; aforesaid at New York City, New York within three (3) month next, the manner in which you, U.S. Marshal and or Sheriff have executed this writ; and have you then and there with this Writ.

**WITNESS,** the honorable: _____, **Magistrate Justice of Peace** of the Balkanli's Court, Court of Record,[in]federal Court [at]United States Court of International Trade;[at][500]Pearl Street, New York County, aforesaid at New York City, New York Republic, aforesaid on this 22nd, day of January, 2021.

(SEAL)                              [COURT OF RECORD],
                                   [in]
                                   **FEDERAL COURT,**
                                   [at]
                                   OFFICE OF COURT CLERK

Clerk of the Court of Record

By _____
(Wet-Blue-Ink Only)Deputy Clerk      January 22nd, 2021

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-, U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 28

**[in]Balkanh's Court, [in ]Court of Record,**
**[at]**
**Federal Court (Ancillary Court of Equity, in Chancery)**
**[at]**
**[500] Pearl Street, New York County, New York Republic, Within America**
Managed by://United States District Court, for The Southern District of New York, A
Private Commercial Corporation and/or De facto Government Agency
: i,a man; [Muharrem]:,"we":; the people: House of:; [Balkanli]
**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the Living People in Flesh&Blood up-on the Land , a living inhabitant**
**of Green Land, Not a Legal Corporate, Legal Person or an Legal Entity"]**

'WRIT OF AND ORDER FOR FINAL JUDGMENT TO CLAIMS; TORT; TRESPASS;

**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD**
**UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD,**
**HONEST SERVICES MAIL FRAUD, PUBLICCORRUPTION"**

AGAINST,

Edward F, a man; a people: of family: Guida, Jr.,& RAS BORISKIN
LLC.,&CHRISTINA TRUST A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4, a/k/a/ CHRISTIANA TRUST A DIVISION OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT
TRUSTEE OF ARLP TRUST 4,,& NETWORK TRUCKING a/k/a/ NETWORK
MOVING CORPORATION&The State of New York, "John, S, Lansden,Maria
Ressos,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar
Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,Jeremy, S, Weinstein,
Audrey J, Pheffer,Francis K, Kenna

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122,- U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 29

Wrongdoer(s)

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4215 4677 75

LAB400R Aug. 2013 7690-17-000-0669

USPS TRACKING # & CUSTOMER RECEIPT LABEL (ROLL) 9114 9023 0722 4215 4677 75 For Tracking or inquiries go to USPS.com or call 1-800-222-1811

7020 0090 0002 1762 2275

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7020 0090 0002 1762 2275

**Claimant Case No: 9114-9023-0722-4215-4677-75**
**Claimant Case No: 7020-0090-0002-1762-2275**
**(Certified by way of USPS: UPU Treaty Applies)**
**(Priority Mail Tracking by Way of U.S.P.S: UPU Treaty Applies)**
**Similar to a 'Verified Claims' upon Case No's: #724 QSC 2020; 200 QSC 2020;**
LT-053426-17QU; LT-076032-18QU: LT-076033-18QU: LT-076034-18QU:

**Notice to Officers of the Court:** Upon penalty for '**Trespass upon the Case**': this is a common law suit in a 'Court of Record':

1) the above case number must be the primary case number recorded upon all documents in this case; and all referenced cases hereafter; and pressed upon the record; regardless of any other numbers used by the Clerk of Court; or other; for internal department management; or other purposes;

2) the style in which this Claim is made; may not be altered in any way and; at no time does 'Claimant' consent to be restyled as a 'Plaintiff' or as a ' Pro Se' ; or other; or to have this 'Claim' be restyled as a 'Complaint'; DO govern yourself in duty and obligation, as public servants with due diligence and jurisprudence in duly accordance.

# In Re: a Tort; in Original Jurisdiction of A MAN," "we" THE PEOPLE;

Amount per Wrongdoer(s): (See True Bill-Part A+ Part B+ Part C+ Part D+ Part E)

**January,22ⁿᵈ 2021; 09:30 AM EDT**

**Heard on this day, in Bahknli's Court, A Court of Record, [in] Federal Court [at] 500Pearl Street, New York County, New York Republic, a Public Federal District Courthouse; located a[at], New York City, New York Republic; on before; Witnessed by Magistrate Justice of Peace:_____ ; a Trustee of: THE PEOPLE ; A MAN; at Court Room_____ ; A New York County, Federal District Courthouse, in Public Venue, in this court of record; at common law; trial by jury; by right of man; guaranteed; all rights reserved; none waived.**

## CLAIMS: TORT; TRESPASS; AND ORDER FOR FINAL JUDGMENT TO RESTORE PROPERTY; AND COMPENSATION;

**COMES NOW; i;Muharrem; A MAN;"we" THE PEOPLE; in this 'Court of Record'; at common law; aggrieved; wronged; harmed; Claimant; and Order Clerk of Court, Office of Court Clerk, to enter final Judgment; for each Claim;signed by the attending Magistrate(s); upon Wrongdoers; each and all of them; Named or Unnamed ; for the following Claims; proved and seasoned by Wrongdoer(s)' confession and acquiescence; for Wrongs, harms upon i; a man; and my pro-per-ty; such Wrongs caused by Wrongdoer(s) upon i; without verified claim or law-ful, legal right or law-ful and legal authority; with proper Compensation to i; as claimed within the True Bill attached (See True Bill-Part A+ Part B+ Part C+ Part D+ Part E)to this my Claims;**

**i; Muharrem; A MAN;"we" THE PEOPLE; claim; consuance; propriety; of this; my case; and all other cases referred to herein; and;**

**i; Muharrem; A MAN;"we" THE PEOPLE; claim, i; and my property; do not exist by the creation of the legislature of the State of New York; or the pleasure of the State of New York; nor am subject to any statute of the State of New York; including but not limited to Official Constitutions signed into Effect, on 1776 in the year of my lord, for theUnited States, In New York; or other; and;**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-, U.S. CONGRESS-5ᵀᴴ COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 31

*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 32
U.P.U. TREATY & TRIPOLI TREATY No:122.- U.S. CONGRESS-s[TH] COMMON LAW
All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments

**i; Muharrem: A MAN;'we" THE PEOPLE;** require; demand; you; Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; the men and the women, people, persons, together with all Owners and/or Principals associated with you in your Official capacity as a Public Servant; deliver in person; i; a man's pro-per-ty; at the location from which you caused said pro-per-ty (All whatsoever within) to be removed; commonly known as: 4132 40⁰[th] Street;Sunnyside; New York State; to

**i; Muharrem: A MAN;'we" THE PEOPLE;;** require; demand; you;Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; the men and the women, people, persons, together with all Owners and/or Principals together with all Owners and/or Principals associated with you in your Official capacity as a Public Servant; restore to i; man's pro-per-ty; shown in exhibit A; and; exhibit B; and; exhibit C; and; exhibit D; exhibit E ; now; immediate; and;

**i; Muharrem: A MAN;'we" THE PEOPLE;;** you; Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; the men and the women, people, persons, together with all Owners and/or Principals of said entities together with all other owners and/or Principals associated of said entities with you in your Official capacity as a Public Servant; do continue to Trespass upon i; A MAN;[Muharrem] in naked possession of i; man's pro-per-ty; without law-fül/right; without [verified] claim; without law-fül and legal authority thereof; and;

**i; Muharrem: A MAN;'we" THE PEOPLE;;** you; Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; the men and the women, people, persons, together with all Owners and/or Principals of entities; all other Wrongdoers; Noticed by way of Notice to each of you; at each of your Offices; all Owners and/or Principals associated with you in your Official capacity as a Public Servant; did acquiesce to each and all of my Claims; and associated Compensation; by tacit procuration; and;

**i; Muharrem: A MAN;'we" THE PEOPLE;** claim; that you; Wrongdoers; From A and; to Z aforementioned; and; the men and the women, people, persons, together with all Owners and/or Principals of entities; all other Wrongdoers; Noticed by way of Notice to each of you; at each of your Offices; all owners and/or Principals associated of said entities with you in your Official capacity as a Public Servant; the opportunity to settle this matter privately with i; within twenty-one (21) days of my first Notice of Claim(s); and;

**i; Muharrem: A MAN;'we" THE PEOPLE;**claim; i did offer you; Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; and; all other Wrongdoers; Noticed by way of Notice to each of you; at each of your Offices; all owners and/or Principals associated of said entities with you in your Official capacity as a Public Servant; the opportunity to settle this matter privately with i; within twenty-one (21) days of my first Notice of Claim(s); and;

**i; Muharrem: A MAN;'we" THE PEOPLE;**do not appear; before my 'Court of Record'; as a 'Person'; citizen; subject; or within any limitations or disabilities of statutes or codes; rather as man; by right; with all rights reserved; and;

i; a man; care of Muharrem: Balkanli; i: a man; in the same condition as the day you Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers took wrongful possession of said pro-per-ty; and;

**i; Muharrem; A MAN;'We" THE PEOPLE;**; require; compensation; from each of you; for the wrong; you; Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; together with all the owners and/or Principals associated with you in your Official capacity as a Public Servant; do to i; A MAN; in the amount of the 'True Bill'; attached; and;

**i; Muharrem; A MAN;'We" THE PEOPLE;**claim; verify; all herein be true; and will verify same in open Court; if i require;

**WHEREFORE; in consideration of the evidence and Wrongdoer's confession i; Muharrem; A MAN;'We" THE PEOPLE; at common law; aggrieved; wronged; harmed; Claimant; Order; this Court to enter FINAL Judgment; for each of my Claims;signed by the attending Magistrate; upon Wrongdoers; each and all of them; Named or Unnamed; for the aforesaid Claims; proved and seasoned by Wrongdoer(s)' acquiescence; for Wrongs upon i; a man; and my pro-per-ty; such Wrongs caused by Wrongdoer(s) upon i; without verified claim or right or authority; with proper Compensation to i; as claimed within the True Bill attached to this my Claims; with all rights reserved to i; Claimant;**

USA
1c
Tiffany Lamp

this 11th day of December,2020

By:________________________

**i; Muharrem; A MAN;'We" THE PEOPLE;of;for family: Balkanli**
a.k.a. 'MuharremBalkanli';
A MAN; aggrieved; wronged; harmed; Claimant;

**VERIFIED / CERTIFIED PROCESS SERVICE**

i verify/certify; under penalty of perjury; that a true and correct copy of this file;
SUMMONS; NOTICE TO APPEAR, JUDICIAL COGNIZANCE NOTICES,
JUDICIAL NOTICE OF RULES, VERIFIED CLAIMS; TORT; TRESPASS; WRIT
OF POSSESSION, NOTICE OF REMOVAL &TRANSFER, AND ORDER FOR
FINAL JUDGMENT TO RESTORE PROPERTY; AND COMPENSATION,
LETTER OF ROGATORY ;be delivered; by hand; to the Clerk of Court; and by
hand; to Wrongdoers;the men and the women, people, persons, together with all
Owners and/or Principals of said wrongdoer entities; MULTIPLE DAYS of month of
July, 2020; at the addresses given below...

**i; Muharrem; A MAN;'We' THE PEOPLE; for for family; Balkanli**
; a.k.a. 'MuharremBalkanli';
A MAN; aggrieved; wronged; harmed; Claimant;

Attn to: Wrongdoers:Edward F, a man: a people: of family; Guida, Jr., located at 47-
26 104th Street, Corona, New York, 11368,U.S.A.

Wrongdoers: Owner(s) and or Principal(s) of RAS BORISKIN LLC,&**CHRISTINA
TRUST**, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT
IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4, a/k/a/
**CHRISTIANA TRUST**, A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4, located at 900 Merchants Concourse, Suite 310, Westbury, New
York, 11590, U.S.A.

Wrongdoers: Owner(s) and or Principal(s)of NETWORK TRUCKING a/k/a/

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122.- U.S. CONGRESS-S[11] COMMON LAW
*CASE U.S.P.S,#9114-9023-0722-4215-4677-75* pg. 34

NETWORK MOVING CORPORATION located at 1762 Chaladay Lane, East Meadow, New York, 11554,U.S.A.

Wrongdoers:Owner(s) and or Principal(s)of The State of New York, located at 28 Liberty Street, New York, New York, 10005, U.S.A.

Wrongdoers: ''**John, S, Lansden, MariaRessos, Sally E. Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,** located at 8917 Sutphin Boulevard, Jamaica, New York, 11435,U.S.A.

Wrongdoers: **Jeremy, S, Weinstein, Audrey I, Pheffer,Francis K, Kenna located at 8811 Sutphin Boulevard, Jamaica, New York, 11435,U.S.A.**

The said wrongdoers are in Possession of [See verified evidence: True Bill-Part A', Court filings In Court of record, at Civil Court+ Part B+ Part C+ Part D+ Part E which was forehand previously delivered to All Wrongdoers) previous documentations, which was delivered to them in advance.

*************** *************** ***************

## *COMMERCIAL OATH AND VERIFICATION*

Bronx county    )
                       )
New York state    )    Commercial Oath and Verification

**i; Muharrem: A MAN;"we" THE PEOPLE;of for family: Balkanli;** a.k.a. ''MuharremBalkanli''; A MAN; aggrieved; wronged; harmed; Claimant;under my unlimited liability and Commercial Oath; proceeding in good faith; being of sound mind; verify that the facts contained herein are true, correct, complete and not misleading; to the best of my knowledge; and; belief; under Penalty; of Perjury; and International Commercial Law, 11th day of December, 2020

**i; Muharrem: A MAN; A.K.A. THE PEOPLE; or for family; Balkanli** ; Claimant;



By:_____  [ef/ UCC 3-402 (b)(1)]

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-, U.S. CONGRESS-s TII COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 35

**i; Muharrem; A MAN;'We" THE PEOPLE;of for family: Balkanli**
; a.k.a. 'MuharremBalkanli';
A MAN; aggrieved; wronged; harmed; Claimant;

**[in]Balkanli`s Court, [in ]Court of Record,**

**[at]**

**Federal Court (Ancillary Court of Equity, in Chancery)**

**[at]**

**[500] Pearl Street, New York County, New York Republic, Within America**
Managed by://United States District Court, for The Southern District of New York, A Private Commercial Corporation and/or De facto Government Agency

**: i, a man; [Muharrem]:" we": the people**: House of;: **[Balkanli]**

**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the Living People in Flesh&Blood up-on the Land , a living inhabitant of Green Land, Not a Legal Corporate, Legal Person or an Legal Entity"]**

**'WRIT OF REQUEST FOR INTER-NATIONAL JUDICIAL ASSISTANCE;**

**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD, HONEST SERVICES MAIL FRAUD, PUBLICCORRUPTION"**

AGAINST,

Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN LLC.,&**CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION&The State of New York, "**John, S, Lansden,Maria Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,Jeremy, S, Weinstein, Audrey I, Pheffer,Francis K, Kenna**

Wrongdoer(s)

_____

## LETTER OF ROGATORY FORWRIT OF REQUEST FOR INTER-NATIONAL JUDICIAL ASSISTANCEIN SERVICE OF PROCESS

**BALKANLI'S COURT,**
**COURT OF RECORD**
**[IN]**
**FEDERAL COURT**
**[AT]**
PUBLIC CIVIL FEDERAL DISTRICT COURT OF CHANCERY.

**IN THE MATTER OF BALKANLI V GUIDA, JR, ET AL.,**
Claimant Case No: 9114-9023-4215-0722-4677-75
Claimant Case No: 7020-0090-0002-1762-2275
(Certified by way of USPS: UPU Treaty Applies)
(Priority Mail Tracking by Way of U.S.P.S: UPU Treaty Applies)
Similar to a 'Verified Claims' upon Case No's: #724 QSC 2020; 200 QSC 2020;
LT-053426-17QU; LT-076032-18QU; LT-076033-18QU; LT-076034-18QU

## IN RE: REQUIREMENT FOR INTER-NATIONAL JUDICIAL ASSISTANCE FOR: SERVICE OF PROCESS

**COMES NOW, The Court, on its own motion; the Balkanli's Court; Court of Record, [in] Federal Court; delivers and presents its compliments to the appropriate Judicial Authority of the United States Court of International Trade, and kindly requests International Assistance to effectuate the Service of Process to be used in a COMMON LAW JUDICIAL Proceedings before this Court in the above captioned matter. A trial/ preliminary hearing date on this matter has been scheduled at present for the 22nd , day, January 2020, [in] Balkanli's Court, Court of Record;[in] Federal Court [at] Public Courthouse, Public venue located in New York County, New York Republic.**

**The said Court; Balkanli's Court; kindly requests the assistance described herein as necessary in the interest of justice and in an order perpetuate the domestic tranquility; Peace. The assistance requested is that the appropriate Judicial Authority of PUBLIC FEDERAL DISTRICT COURT, and the Office(s) of the Court Clerk and Offices of U.S.M.S, respectively, compel the**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-, U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S, #9114-9023-0722-4215-4677-75* pg. 37

said and named wrongdoers to appear, to give evidence, produce documents, and affect the service of process upon the below individuals; as follows;

Wrongdoers:Edward F, a man; a people: of family: Guida, Jr., located at 47-26 104th Street, Corona, New York, 11368,U.S.A.

Wrongdoers: Owner(s) and or Principal(s) of RAS BORISKIN LLC,&**CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4,, a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4,, located at 900 Merchants Concourse, Suite 310, Westbury, New York, 11590,U.S.A.

Wrongdoers: Owner(s) and or Principal(s)of NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION located at 1762 Chaladay Lane, East Meadow, New York, 11554,U.S.A.

Wrongdoers:Owner(s) and or Principal(s)of The State of New York, located at 28 Liberty Street, New York, New York, 10005, U.S.A.

Wrongdoers: "John, S, Lansden, MariaKessos, Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, located at 8917 Sutphin Boulevard, Jamaica, New York, 11435,U.S.A.

Wrongdoers: Jeremy, S, Weinstein, Audrey I, Pheffer,Francis K, Kenna located at 8811 Sutphin Boulevard, Jamaica, New York, 11435,U.S.A.

**\*The said wrongdoers have the right to remain silence and not to incriminate themselves on record pursuant to the Constitutional rights afforded under 1776 Constitutions for the United States, the nationals and or Citizens, Subjects thereof. \*The said wrongdoers are in Possession of [See verified evidence; True Bill-Part A', Court filings In Court of record, at Civil Court+ Part B+ Part C+ Part D+ Part E' which was forehand previously delivered to All Wrongdoers)** previous documentations, which was delivered to them in advance.

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-, U.S. CONGRESS-TIII COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 38

in Reciprocity and Reimbursement for cost; Pursuant to Tripoli Treaty executed and current, and valid thereof, under No.122 U.S. Congress 5th, Still in effect, The Said Court, Balkanli's Court Expresses willingness to reimburse the Judicial Authorities for the costs incurred in executing the requesting Court's Balkanli's Court's Letters of Rogatory for judicial Assistance in service of Process.

**THE COURT**

DEI GRATIA
SEAL

**SO, ORDERED**

**BY**

Muharrem Balkanli
Tribunal Magister
AttornatusPrivadus

**Signed on this day of 11th, December, 2020**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122- U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg 39





Balkanli's Court, Court of Record, [in] Federal Court
[at]
[1] FEDERAL PLAZA
UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK CITY, NEW YORK, [10278] U.S.A
: i, A MAN, [Muharrem]; "we"; THE PEOPLE; of: for; family; [Balkanli]
["Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved-Party-Claimant"
["One of the People, inhabitant of Land, Not a Corporate Person or an Entity"]

'SUMMONS; NOTICE TO APPEAR'
U.S.C.I.T.; MISCELLANEOUS CASE #

Index No.LT-053426-17QU
Index No.LT-076032-18QU;
Index No.LT-076033-18QU;
Index No.LT-076034-18QU.

Verified Claim # 724 QSC 2020;
Verified Claim # 200 QSC 2020;
"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD, HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"

AGAINST,
Edward F, a man: a people: of family; Guida, Jr.,& RAS BORISKIN LLC.,& CHRISTINA TRUST a DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4, a/k/a/ CHRISTIANA TRUST A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4,.& NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION& The State of New York, "John, S, Lansden ,Maria Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, Jeremy, S, Weinstein, Audrey I, Pheffer, Francis K, Kenna

Wrongdoer(s)

[U.P.U & TRIPOLI TREATY APPLIES];

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-, U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 1

EVIDENCE-06's WITH COURTS

CASE(S) TO BE REMOVED FROM USCIT and Queens County

COPY

COPY

TO:

Wrongdoers: Edward F, a man: a people: of family: Guida, Jr., located at 47-26 104th Street, Corona, New York, 11368, U.S.A.

Wrongdoers: Owner(s) and or Principal(s) of RAS BORISKIN LLC.,& **CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., located at 900 Merchants Concourse, Suite 310, Westbury, New York, 11590, U.S.A.

Wrongdoers: Owner(s) and or Principal(s) of NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION located at 1762 Chaladay Lane, East Meadow, New York, 11554, U.S.A.

Wrongdoers: Owner(s) and or Principal(s) of The State of New York, located at 28 Liberty Street, New York, New York, 10005, U.S.A.

Wrongdoers: "**John, S, Lansden, Maria Ressos, Sally E, Unger, Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell**, located at 8917 Sutphin Boulevard, Jamaica, New York, 11435, U.S.A.

Wrongdoers**: Jeremy, S, Weinstein, Audrey I, Pheffer, Francis K, Kenna located at 8811 Sutphin Boulevard, Jamaica, New York, 11435.** U.S.A.

**JUDICIAL NOTICE**: A **VERIFIED CLAIM OF ACTION AT COMMON LAW, SUITS IN EQUITY** HAS BEEN FILED AGAINST YOU; THE PEOPLE; MEN AND WOMEN AND ALL PERSONS AND OWNER(S), PRINCIPAL(S) OF SAID ENTITIES BEING HEREAFTER COLLECTIVELY AND NAMELY SITUATED AS "**WRONGDOERS**" IN AFOREMENTIONED CASE, IN THE SAID COURT.

**TAKE JUDICIAL NOTICE** : WITHIN **TWENTY-ONE (21) DAYS** AFTER SERVICE OF THIS SUMMONS UPON YOU;THE PEOPLE,MEN AND WOMEN; ALL PERSONS AND OWNER(S) AND OR PRINCIPAL(S) OF SAID ENTITIES [**NOT COUNTING THE DAY OF RECEIVING THE HEREIN SAID SUMMONS**]; YOU THE PEOPLE;MEN AND WOMEN;PERSONS AND OWNER(S), PRINCIPAL(S) OF SAID ENTITIES MUST SERVE UPON THE TRIBUNAL WRONGED, HARMED, AGGRIVED PARTY MAGISTER PROSECUTOR CLAIMANT **A VERIFIED, SWORN ANSWER** TO ATTACHED **VERIFIED CLAIM** , AND ALSO **YOU MUST APPEAR IN PROPIO**

**PERSONAM SUCH DATE AND TIME AT THE SAID COURT; AT ONCE**; AND FILE YOUR SWORN; VERIFIED; ANSWERING AFFIDAVITS WITH THE SAID COURT.

**TAKE FURTHER JUDICIAL NOTICE THAT**: IF YOU; MEN AND WOMEN; THE PEOPLE; PERSONS AND THE OWNER(S) AND OR PRINCIPAL(S) OF SAID ENTITIES FAIL TO RESPOND, AND OR FAILS TO APPEAR; A BENCH WARRANT ORDER WILL BE ISSUED FOR YOUR APPEARANCE FOR A FINAL VERDICT OF JUDGEMENT BY [**TRIBUNAL PANEL OF JURORS OF JUDGES; OF PEERS**], TO BE WITNESSED AND SIGNED (**WET-BLUE-INK**) BY **THE MAGISTRATE(S) JUSTICE OF PEACE**, **THE OFFICE OF THE COURT CLERK, CLERK OF THE COURT, AND OR BY THE DEPUTY CLERK OF THE COURT** WILL BE TAKEN AGAINST YOU FOR THE COMPENSATION FOR THE HARM AND DAMAGES CAUSED, AND FOR THE RESTORATION OF THE SAID PROPERTY AS DEMANDED IN THE VERIFIED CLAIM.

**TAKE FURTHER JUDICIAL NOTICE THAT**: ATTACHED ORDER OF **SUBPOENAS** DECUS TECUM ARE BEING ISSUED HEREIN AND BEING ACCOMPANIED WITH THIS SUMMONS, NOTICING YOU TO **APPEAR IN PERSONAM** [AT]THE SAID COURT, ON SUCH TIME AND DATE ASSIGNED, AS YOU ARE HEREBY COMMANDED TO APPEAR, AND TO FILE YOUR VERIFIED, SWORN ANSWERING AFFIDAVITS WHICH MUST BE SERVED UPON THE HARMED, WRONGED, AGGRIEVED PARTY, TRIBUNAL MAGISTER PROSECUTOR CLAIMANT, WHOSE NAME AND ADDRESS ARE: Muharrem Balkanli

**SEAL**

Care of: [4403] 48th Avenue, Suite 168

Woodside, New York State, [11377]

**July, 6th, 2020**

**Muharrem Balkanli**
**Attornatus Privatus**

**IN WITNESS OF:**
**Juan Antonio Medina**

**Signed before me on this 6th day of, July, 2020**

JASON VANCE
NOTARY PUBLIC, State of New York
No. 04VA6161023
Qualified in Bronx County
Commission Expires Feb. 8, 2023

**PUBLIC NOTARY**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 3

Balkanli's Court, Court of Record, [in] Federal Court
[at]
UNITED STATES COURT OF INTERNATIONAL TRADE
[1] FEDERAL PLAZA
NEW YORK CITY, NEW YORK, [10278] U.S.A
: i, A MAN: [Muharrem]:"we": THE PEOPLE: of: for: family: [Balkanli]
"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"
["One of the People, inhabitant of Land, Not a Corporate Person or an Entity"]
'NOTICE AND ORDER FOR SUBPOENA,
U.S.C.I.T.: MISCELLANEOUS CASE :

Index No.LT-053426-17QU

Index No.LT-076032-18QU:

Index No.LT-076033-18QU:

Index No.LT-076034-18QU:

Verified Claim # 724 QSC 2020:

Verified Claim # 200 QSC 2020:

"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD
UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD,
HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"

AGAINST,

Edward F., a man: a people: of family: Guida, Jr.,& RAS BORISKIN LLC.,&
CHRISTINA TRUST a DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4,, a/k/a/ CHRISTIANA TRUST a DIVISION OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT
TRUSTEE OF ARLP TRUST 4,& NETWORK TRUCKING a/k/a/ NETWORK
MOVING CORPORATION& The State of New York, "John, S, Lansden ,Maria
Ressos ,Sally E., Unger,Malaika N.,Scott-McLaughlin-Bland, Enedia Pilar
Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, Jeremy, S, Weinstein,
Audrey, I, Pheffer, Francis K, Kenna

Wrongdoer(s)

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 4

TO: Aforementioned - Wrongdoers;

The Men and the Women, Persons;

Owners, Principals of Said Entities;

**COMES NOW, BY THE PEOPLE, FOR THE PEOPLE; i, A MAN;**
**[Muharrem];:" WE";: THE PEOPLE;** of; for; family; **[Balkanli],** also known as
Muharrem Balkanli; being duly sworn under oath, affirmation and penalty of the laws
of perjury hereby deposes and declares and presses upon the Court of record with this
order;

**THAT;** following wrongdoers, men and women, people, persons and owners of
said Entities, all individuals and principals all together along with, in the interest of
action brought at Common law; are proper; as witnesses and as wrongdoers to be
standing in this Action at Common law who are necessary as real party in interest in
the suits of equity who then;

**WHEREFORE;** aforementioned wrongdoers must be brought into Court of
justice and into the Balkanli's Court, A Court of Record proceedings and have
custody of documents in relation with the action at law.

**AND FOR THE GOOD CAUSE SHOWN HERE;** it is hereby decreed and
**ORDERED** that subpoenas herein be issued and properly served timely by the
aggrieved party claimant upon the said wrongdoers and named individuals and
entities and its agents, principals to bring forward such wrongdoers, people, persons,
individuals and evidence of facts to justices of; on before the tribunal panel of jurors
of judges of peers and before the magistrate(s) Justice of the Court of Record, in
order to minister as my Court; a 'Court of Record'; to provide what is Just and Proper.

**YOU ARE HEREBY COMMANDED;** 'That All Business and excuses being
laid, and set aside, to **APPEAR IN PROPRIO PERSONAM [in] Balkanli's Court, 'a**
**Court of Record'** before the Grand Tribunal Panel of Jurors of Judges of Peers, and
before the Imparial Magistrate(s) Justices of the Court of Record **[in] Federal Court**
**[at]** the United States Court of International Trade, located [at] 1 Federal Plaza, New
York County, New York City, U.S.A.; **at 9.30Am on 5th Day of August, 2020** at the
Court Room: to testify and give evidence; in original form of documents; in the
"action and or proceedings at the Common law of land; there pending and bring with
you and produce at the time and place aforesaid , the following ALL records in

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-S-9TH COMMON LAW
*CASE U.P.S. #9114-9023-0722-4215-4677-75* pg. 5

original forms , as claims and or complaints & Court Documents in relation to named, individual's property; and documents thereof [4132 40th Street, Sunnyside, New York, 11104] in any form which includes, relates to the named aggrieved party claimant Muharrem: A MAN: WE THE PEOPLE: of family of :Balkanli.

**FAILURE TO COMPLY WITH THIS SUBPOENA** shall be deemed; guilty of contempt of court and you will be subject to an order of bench warrant to be issued by the Court; upon such failure, and or to fine and imprisonment.

THE COURT:

SO, ORDERED.

**IN WITNESS OF:**

**Muharrem Balkanli**
**Attornatus Privadus**

**Juan Antonio Medina**

**Signed before me on this day of 6th, July, 2020**

JASON VANCE
NOTARY PUBLIC, State of New York
No. 04VA6161023
Qualified in Bronx County
Commission Expires Feb. 8, 20 23

**PUBLIC NOTARY**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 6

Balkanh's Court, Court of Record, [in] Federal Court
[at]
UNITED STATES COURT OF INTERNATIONAL TRADE
[1] FEDERAL PLAZA
NEW YORK CITY, NEW YORK, [10278] U.S.A
: i, A MAN; [Muharrem]:,"we".: THE PEOPLE.: of: for: family: [Balkanh]
"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"
["One of the People, inhabitant of Land, Not a Corporate Person or an Entity"]

*NATURE OF CASE: CLAIM: TRESPASS: [FORGERY]:[VERIFIED] *
U.S.C.I.T.: MISCELLANEOUS CASE #
Index No.LT-053426-17QU

Index No.LT-076032-18QU:

Index No.LT-076033-18QU:

Index No.LT-076034-18QU:

Verified Claim # 724 QSC 2020:
Verified Claim # 200 QSC 2020:

"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD
UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD,
HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"

AGAINST,

Edward F., a man: a people: of family: Guida, Jr.,& RAS BORISKIN LLC,&
CHRISTINA TRUST A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4., a/k/a/ CHRISTIANA TRUST A DIVISION OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT
TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK
MOVING CORPORATION,& The State of New York, "John, S., Lansden ,Maria
Ressos ,Sally E., Unger,Malaika N., Scott-McLaughlin-Bland, Enedia Pilar
Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, Jeremy, S, Weinstein,
Audrey I, Pheffer, Francis K, Kenna

Wrongdoer(s)

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122., U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg.7

**COMES NOW:i:A MAN:[Muharrem]:"we" THE PEOPLE: of;for, family:[Balkanli], a/k/a Muharrem Balkanli do hereby require: demand: order: a "Court of Record":, A Clerk, "Trial by Independent Tribunal Panel Jury of Judges of Peers and Impartial Magistrate(s) Justice(s) of Peace [ to minister and administration to hold a "Court of Record" and require of the Clerk of the Court to file my case, my Court in competent Jurisdiction & Venue in Accordance with Common Law.**

**Verified Claim: trespass[forgery]**

:i: a man: claim:

1.the said wrongdoer(s) trespass upon (my) pro-per-ty;

2.the causal agent of the trespass, comes by way of its use of forged instrument(s);

3.the trespass did and does harm and injury to (my) pro-per and pro-per-ty;

4.the commencement of the wrong, wrongdoing and harm began on the 9th day of February, 2017;

5.the wrong, wrongdoing and harm continues to now, this 25th day of today, June, 2020, and on;

6.:i: a man: require restoration of (my) pro-per-ty and demand compensation for the initial and continual trespass upon (my) pro-per and (my) pro-per-ty;

7.compensation due: in the amount of due as a true bill attached here as see as Exhibit: Part A entire affidavits; claims, filings recorded and pressed upon, on record and to be adjudicated by the Tribunal Panel of Jury of the Judges of peers.

:i: A MAN:[Muharrem]; WE THE PEOPLE sayeth here, and will verify in Open Court, that all herein be True.

July, 6th, 2020          Muharrem Balkanli

All-Rights Reserved-None Negotiable-Private Secured Non-commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No.122-, U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 8

Balkanli's Court, Court of Record, [in] Federal Court

[at]

UNITED STATES COURT OF INTERNATIONAL TRADE

[1] FEDERAL PLAZA

NEW YORK CITY, NEW YORK, [10278] U.S.A

: i, A MAN: [Muharrem]:"we": ; THE PEOPLE: of: for: family: [Balkanli]

"Tribunal-Magister-Prosecutor: Harmed-Wronged-Aggrieved-Party-Claimant"

["One of the People, inhabitant of Land, Not a Corporate Person or an Entity"]

[*JUDICIAL COGNIZANCE NOTICE*]

[* RIGHT TO PURSUE A CLAIM: JURISDICTION; VENUE; SIGNATURE:]

U.S.C.I.T.: MISCELLANEOUS CASE #

Index No.LT-053426-17QU

Index No.LT-076032-18QU:

Index No.LT-076033-18QU:

Index No.LT-076034-18QU:

Verified Claim # 724 QSC 2020;

Verified Claim # 200 QSC 2020;

"TRESPASS-FORGERY-TRESPASS TO THE CASE. BARRATRY, FRAUD

UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD,

HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"

AGAINST,

Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN LLC",&

CHRISTINA TRUST A DIVISION OF WILMINGTON SAVINGS FUND

SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF

ARLP TRUST 4., a/k/a/ CHRISTIANA TRUST A DIVISION OF WILMINGTON

SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT

TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK

MOVING CORPORATION& The State of New York," John, S, Lansden ,Maria

Ressos ,Sally E, Unger ,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar

Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, Jeremy, S, Weinstein,

Audrey I, Pheffer, Francis K, Kenna

Wrongdoer(s)

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments

U.P.U. TREATY & TRIPOLI TREATY No.122-. U.S. CONGRESS-5TH COMMON LAW

U.P.U. TREATY & TRIPOLI TREATY No.122-, U.S. CONGRESS-5TH COMMON LAW
All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments

Established and Ordained; The Balkanli's Court; presents and delivers Judicial

Cognizance Notice:

**Firstly:** in regards to; **"right to pursue a claim":** A MAN:[Muharrem]; WE THE PEOPLE now require, demand and orders; all of the public servants and of the **"Office of the Court Clerk",** for the Balkanli's Court:; **"A Court of Record"** [in] Federal Court [at] United States Court of International Trade, to not to interfere with (my) right to pursue claim: See regarding; Exhibit Endnote: attached herein;

**Secondly:** Any public servant, and or qualified employee, of Court, to alter my claim (diversity: Right)Private right of Action] and convert it: my claim, IT INTO A: civil rights complaint:440:Other:Federal Question: Title 42 Section 1983 would be a cause of: an interference with my rights, and: confusion to all, who will be reading my claim, in the[near]future; therefore it would be required, demanded ordered herein, to tender to the "Balkanli's Court", very precise the findings of facts and conclusions of law for such egregious actions that Balkanli's Court will take notice as Contempt of Court and it will be VOID.

**Thirdly:** i: A MAN:[Muharrem]; WE THE PEOPLE declare: any interference of: for, or, with the enjoyment of my [my]pro-per-ty[the exercise of right(s)], by any public servants, any qualified employee, of court, will be held liable for damages due to injury and/or harm, resulting from or arising out of ANY tortuous act, error, or omission of the individual[trespass upon the case"];

**Fourthly :** A MAN: [Muharrem]; WE THE PEOPLE will require: compensation of one-dollar for every second (viz., moment in time) for any trespass;

**Fifthly:i:** A MAN, Muharrem]; WE THE PEOPLE declare and require: demand and order: all papers, writs, **"doc—u—ments"** (including recommendations and proposed orders, orders) being placed into the "case" file to have affixed upon it, paper document, writs, a **"wet-ink"(Blue ink)** signature of its creator, (NO RUBBER STAMPS) so that it, documents, papers can be pressed upon record.

All documents papers, writs submitted without "wet-ink" (Blue ink) signature; the court will take notice as a contempt of Court and it will be VOID;

**Sixthly i:** A MAN:[Muharrem]; WE THE PEOPLE: enter "my case", [suit; accouterments; &c...,] into "Federal Court";

**Seventhly:**" Federal Court" is to convene [at], a public courthouse(venue);

**Eighthly;** the public courthouse, in where "my case" lies, is known as a federal district court;

**Ninthly;** the federal district Court is [at] a location referred to as:

## "JAMES L. WATSON COURT OF INTERNATIONAL TRADE"
## "UNITED STATES COURT OF INTERNATIONAL TRADE"

**Tenthly;** The Name for the public courthouse varies but, at all times "my case" lies "in Federal Court";

**Eleventhly; i:** A MAN: [Muharrem]; WE THE PEOPLE: lay "my case", [suit; accouterments; &c...,] into "Federal Court";

**Twelfthly;** i: a man: pay money: into a "Federal Court": ["*A party paying money into Court, admits the jurisdiction of such Court, and cannot plead in abatement to it. J. Chitty pg. 444 (1851)]*

**Thirteenthly;** "Federal Court" is a "Court of Record" | 25 C.J. Vol., Federal Court § **344, pg. 974.] see exhibit 29.** COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

A. A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

B. Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also,

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122; U.S. CONGRESS-STH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 11

Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688,
689][Black's Law Dictionary, 4th Ed., 425, 426]

C. Its acts and judicial proceedings are enrolled, or
recorded, for a perpetual memory and testimony. [3 Bl.
Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga.,
D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heninger v. Davis, 96
Ohio St. 205, 117 N.E. 229, 231]

D. Has power to fine or imprison for contempt. [3 Bl. Comm.
24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F.
481; Ex parte Thistleton, 52 Cal. 225; Erwin v. U.S.,
D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heninger v. Davis, 96
Ohio St. 205, 117 N.E. 229, 231][Black's Law Dictionary,
4th Ed., 425, 426]

E. Generally, possesses a seal. [3 Bl. Comm. 24; 3 Steph.
Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex
parte Thistleton, 52 Cal. 225; Erwin v. U.S., D.C.Ga., 37 F.
488, 2 L.R.A. 229; Heninger v. Davis, 96 Ohio St. 205, 117
N.E. 229, 231][Black's Law Dictionary, 4th Ed., 425, 426]

Fourteenthly:" "federal Court" is a "Court of Record" and only operates under
common law:

A. 'court of record': acts in accordance with common law; [Blacks
Law Dictionary, 4th Ed. pg. 1014]

B. 'court of record': Proceeding according to the course of common
law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc.
Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E.
688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

Fifteenthly: A. A judicial tribunal (panel of judges, peers, and or the
tribunal magister who lays his case in Court (of record) having attributes and
exercising functions independently of the person of the magistrate designated
generally to hold it, to administer the proceedings [Jones v. Jones, 188 Mo.App. 220,
175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v.
Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

Sixteenthly: in a 'court of record', the magistrate is independent and impartial to
Court; of the tribunal [the panel of jurors of judges of peers, and or tribunal
master magister aggrieved claimant/prosecutor] cannot make decisions but only

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No.122- U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 12

refers to tribunal for final 'verdict' finalis veredictum' on disputed matters during the course of the proceedings of the said court[, Black's Law Dictionary, 4th Ed. pg. 1014].

**Seventeenthly:** Suits in Common law, the right of trial by jury ] Tribunal Panel of Juror of Judges of peers] shall be preserved. [ Article 7 a/k/a Seventh Amendment Bill of Rights] 1776 Constitutional Rights for the United States.

**Eighteenthly:** The jury [Tribunal Pannel of Jurors of Judges of Peers] can take upon themselves and determine at their own hazard, the questions of each fact and every part of law; [cf. Littleton § 386; Bl. Comm. § 378];

**Nineteenthly:** The Balkanli's Court requires a Magistrate.[ cf. 28 U.S.C. Section 636(b)(1)]; It has come to attention of said Court, that the services of, Timothy C, Stancu., [ all judges are as well magistrate justices of peace ]are available to serve said Court; if Timothy C, Stancu., believes he is qualified to minister the affairs of a "Court of Record", his (honorable) services will please said Court;

**Twentiethly:** In the very event of unavailability; then the Office of Court Clerk may assign Tribunal Panel of one (1) and/or three (3) and/or nine (9) Magistrates of Justices of Peace; and make available dates on Court calendar for voire dire-jury pool selection of tribunal panel of jurors of judges of peers hence the matters now; at issue memorandum.

:i: A MAN:[Muharrem]; WE THE PEOPLE sayeth here, and will verify in Open Court, that all herein be True.

Muharrem Balkanli
July, 6th, 2020

In witness of:
Juan Antonio Medina
July, 6th, 2020

Sworn before me on the 6th day of July, 2020.

JASON VANCE
NOTARY PUBLIC, State of New York
No. 04VA616023
Qualified in Bronx County
Commission Expires Feb. 8, 2023
**PUBLIC NOTARY**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-, U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 13

EXHIBIT ENDNOTE

**Endnote regarding:**

**Notice: right to pursue a claim**

[*cf.* Private Right of Action]

http://www.almd.uscourts.gov/faqs/prose_faq.htm

*"…If you are unable to find an attorney to represent you, you have the right to pursue your claim(s) in the court by appearing without representation…"*

RIGHT OF ACTION: The privilege of instituting a lawsuit arising from a particular transaction or state of facts, such as a suit that is based on a contract or a TORT, ***a civil wrong***

PROSECUTE: 15c., "follow up, **pursue**" (some course or action), from L. *prosecutus*, pp. of *prosequi* "follow after" (**See**: pursue). Meaning "bring to a court of law" is first recorded 1570s. *Prosecutor* in legal sense is attested from 1660s;

Definition of **Prosecute** is provided by 1913 Webster's Dictionary, **To seek to obtain by legal process; as, to prosecute a right in a court of law.**

CLAIM, n. 1. A challenge, of the property or ownership of a thing which is wrongfully withheld from the possession of the claimant.

Stowel v. Zouch, Plowd. 359 ;
Robinson v. Wiley, 15 N. Y. 491 ;
Fordyce v. Godman, 20 Ohio St. 14 ;
Douglas v. Beasley, 40 Ala. 147 ;
Prigg v. Pennsylvania, 16 Pet. 615, 10 L. Ed. 1060 ; U. S. v. Rhodes (D. C.) 30 Fed. 433 ;
Sillman v. Eddy, 8 How. Prac. (N. Y.)

A claim is a right or title, actual or supposed, to a debt, privilege, or other thing in the possession of another ; not the possession, but the means, by or through which the claimant obtains the possession or enjoyment.

Lawrence v. Miller, 2 N. Y. 245, 254.

RIGHT: I, do not require a 'CIVIL RIGHT', when I already possess inherent rights in this matter now before the Court;

# Exhibit 29:
## The federal district courts are courts of record

[§ 343] 2. **Judges.**[80] The statute provides for the number and qualifications of judges and requires that every district judge shall reside in the district, or one of the districts, for which he is appointed.[81] During a vacancy in the office of district judge for a district coextensive with a state, no other judge is authorized to sit therein, and all judicial action remains in abeyance until the vacancy is filled, or another judge is designated, pursuant to law, to exercise the judicial functions temporarily.[82] Provision is made, however, for the designation of another judge in case of a vacancy in the office of judge of a particular district, or disqualification of the judge.[83]

[§ 344] B. **Character of Courts.**[84] The federal district courts are courts of record.[85]

[§ 345] C. **Terms and Sessions.**[86] Acts of a court done at a session held in conformity with a repealed act and before the time appointed under the repealing act which divided the district are void.[87] A court sitting in one division cannot make an order between terms of court of another division affecting a marshal's acts under an order of sale in admiralty made in the latter division.[88] Under the statute providing that special terms of any district court may be ordered by the district judge, and that "any business may be transacted at such special term which might be transacted at a regular term," a district court has jurisdiction at a special term to try a defendant on an indictment returned at a previous regular term, and it is not necessary that the order for the special term be incorporated in the record of the case to show such jurisdiction.[89] The court is open from the beginning of each session to its end for the return of writs on the criminal side, although it has adjourned as a criminal court.[90]

[§ 346] D. **Rules of Procedure.**[91] The district courts have power to make rules and orders regulating their own practice, provided such rules are not inconsistent with any law of the United States or any rule established by the supreme court with respect to practice in all district courts.[92] Except as otherwise provided by statute, or by rule of court, the practice in suits of equity and of admiralty and maritime jurisdiction must be according to the principles, rules, and usages which belong to courts of equity and of admiralty, respectively.[93]

[§ 347] E. **Jurisdiction**[94]—1. **In General.** The district courts are now the courts of general original jurisdiction in the federal judiciary system, and they have jurisdiction in all cases falling within the jurisdiction of federal courts,[95] except in so far as particular cases fall exclusively within the original jurisdiction of the supreme court,[96] laying out of consideration territorial and other similar statutory courts not vested with the federal judicial power.[97] Formerly the jurisdiction of the district courts was much more limited, the general original federal jurisdiction being divided between the district and the former circuit courts. Speaking generally the district court had jurisdiction of enumerated classes of cases, mainly, but not exclusively, cases with a governmental aspect,[98] while the circuit court had jurisdiction of the great mass of litigation in cases of a civil nature between private parties,[99] where the jurisdiction rested upon the citizenship, or char-

80. See also generally Judges [23 Cyc 496].
81. Jud. Code § 1.
82. U. S. v. Murphy, 82 Fed. 893.
83. Jud. Code § 13. See McDowell v. U. S., 159 U. S. 596, 16 SCt 111, 40 L. ed. 271; The Alaska, 78 Fed. 583; National Home for Disabled Volunteer Soldiers v. Butler, 13 Fed. 576.
[a] Where there are two or more judges for a particular district, and the judge before whom an action or proceeding is to be tried is disqualified, a judge from another district may be designated, although the other judges of the district are not disqualified. In re Dehan, 180 Fed. 712.
[b] It is only in the event of a vacancy, and not in the absence of the judge, that the statute takes effect. American L. & T. Co. v. East, etc., R. Co., 40 Fed. 182.
[c] In case of the death of the disabled judge, the appointed judge holds court without further appointment as judge de facto if not de jure. Ball v. U. S., 140 U. S. 118.
[d] After returning to his own district, a judge may entertain a motion for a new trial in a case heard in the other district. Cheesman v. Hart, 42 Fed. 98.
84. Amount in controversy see supra §§ 6, 79.
85. [illegible]

86. U. S. Rev. St. § 616; Fullerton v. U. S. Bank, 1 Pet. (U. S.) 604, 7 L. ed. 280; The Planet Venus, 113 Fed. 387.
[a] A district court cannot by rule abolish chancery practice in that court, in violation of rules of supreme court for the regulation of federal courts in equity. Story v. Livingston, 13 Pet. (U. S.) 359, 10 L. ed. 200.
93. U. S. Rev. St. § 913; Gaines v. Relf, 15 Pet. (U. S.) 9, 10 L. ed. 642 (decided in 1841).
94. Amount in controversy see infra § 135.
95. See supra §§ 1-37.
96. Original jurisdiction of supreme court see supra §§ 131-133.
97. See infra § 142 et seq.
98. U. S. Rev. St. § 563.
[a] The former jurisdiction of the district courts, prior to the abolition of the circuit court by the Judicial Code, included: Jurisdiction of federal crimes and offenses; jurisdiction of suits for penalties and forfeitures incurred under the laws of the United States; jurisdiction of suits at common law by the United States or any officer thereof; jurisdiction of suits for forfeitures for debts to the United States; jurisdiction of actions arising under the postal laws; jurisdiction of all civil [illegible]

[illegible] many); U. S. v. Block, 24 F. Cas. No. 14,610, 9 Biss. 208 (condemnation proceedings); U. S. v. Isloty, 26 F. Cas. No. 15,441 [aff 91 U. S. 287, 23 L. ed. 469]. (2) An action may be of a civil nature, and thus within the federal jurisdiction, although criminal in form. Illinois v. Illinois Cent. R. Co., 33 Fed. 721 (information in nature of quo warranto). (3) Actions to recover penalties for violation of a statute are not suits of a civil nature. Indiana v. Allegheny Oil Co., 85 Fed. 870, 871 ("The contention that the action is civil, and not penal, in its nature, because the statute of the state declares it to be a civil action, is untenable. If congress had intended that the form of the action should determine the right of removal, apt language would have been used to indicate that purpose. The language employed is 'suits of a civil nature.' If the form, rather than the nature, of the action had been intended to determine the right of removal, congress would undoubtedly have used the words 'suits civil in form,' or perhaps the more general expression 'civil suits,' instead of using the language employed. In using the language 'suits of a civil nature' it discloses the intent that the court should look beyond the form to the nature or purposes of [illegible]

EXHIBIT – 29-A

UNITED STATES COURTS

urt Services | Court Locator | Careers | RSS Feeds | Email Updates

SEARCH Go

FEDERAL COURTS | RULES & POLICIES | JUDGES & JUDGESHIPS | STATISTICS | FORMS & FEES | COURT RECORDS | EDUCATIONAL RESOURCES | NEWS

Educational Resources

## UNDERSTANDING FEDERAL AND STATE COURTS

**Introduction**

The judicial system in the United States is unique insofar as it is actually made up of two different court systems: the federal court system and the state court systems. While each court system is responsible for hearing certain types of cases, neither is completely independent of the other, and the systems often interact. Furthermore, solving legal disputes and vindicating legal rights are key goals of both court systems. This lesson is designed to examine the differences, similarities, and interactions between the federal and state court systems to make the public aware of how each system goes about achieving these goals.

**Objectives**

After completing this lesson, one should be able to:

- Understand that the American judicial system is actually made up of two separate court systems: the federal court system and the state court systems.
- Know the structure of the federal court system and a typical state court system and be able to discuss the similarities and differences between the two.

**Jurisdiction of the Federal Courts**

The jurisdiction of the federal courts is spelled out in Article III, Section 2, of the United States Constitution. Federal courts are courts of limited jurisdiction because they can hear only two main types of cases:

**1. Diversity of Citizenship**

Federal courts can have jurisdiction over a case of a civil nature in which parties are residents of different states and the amount in question exceeds the amount set by federal law (currently $75,000). The federal courts are often required to apply state law when dealing with these cases since the issues concern matters of state law. The fact that the parties are from different states and that the amount in question is high enough is what manages to get such cases into federal court.

**Jurisdiction of the State Courts**

The jurisdiction of the state courts extends to basically any type of case that does not fall within the exclusive jurisdiction of the federal courts. State courts are common law courts. This means that they not only have the authority to apply or interpret the law, but they often have the authority to create law if it does not yet exist by act of the legislature to create an equitable remedy to a specific legal problem. Examples of cases within the jurisdiction of the state courts usually include the following:

1. *Cases involving the state constitution*—Cases involving the interpretation of a state constitution.
2. *State criminal offenses*—Crimes defined and/or punished by the state constitution or applicable state statute. Most crimes are state criminal offenses. They include offenses such as murder, theft, breaking and entering, and destruction of property.
3. *Tort and personal injury law*—Civil wrongs for which a remedy may be obtained, usually in the form of damages; a breach of duty that the law imposes on everyone in the same relation to one another as those involved in a given transaction.

Balkanli's Court, Court of Record, [in] Federal Court[¹]

[at]

UNITED STATES COURT OF INTERNATIONAL TRADE

[1] FEDERAL PLAZA

NEW YORK CITY, NEW YORK, [10278] U.S.A

: i, A MAN; [Muharrem];:"we"; :. THE PEOPLE: of; for; family; [Balkanli]

:"Tribunal-Magister Prosecutor Harmed–Wronged–Aggrieved Party-Claimant"

["One of the People, inhabitant of Land, Not a Corporate Person or an Entity"]

:"JUDICIAL COGNIZANCE NOTICE of RULES of BALKANLI'S COURT"

U.S.C.I.T.: MISCELLANEOUS CASE:

Index No.LT-053426-17OU

Index No.LT-076032-18OU:

Index No.LT-076033-18OU:

Index No.LT-076034-18OU:

Verified Claim # 724 QSC 2020:

Verified Claim # 200 QSC 2020:

:"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD
UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD,
HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"

AGAINST,

Edward F, a man: a people: of family; Guida, Jr.,& RAS BORISKIN LLC.,&
CHRISTINA TRUST A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE-OF
ARLP TRUST 4., a/k/a/ CHRISTIANA TRUST A DIVISION OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT
TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK
MOVING CORPORATION& The State of New York, "John, S, Lamsden ,Maria
Reeos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Emelia Pilar
Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, Jeremy, S, Weinstein,
Audrey I, Pheffer, Francis K, Kenna

Wrongdoer(s)

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U, TREATY & TRIPOLI TREATY No.122, U.S, CONGRESS-5ᵀᴴ COMMON LAW
*CASE U.S,P,S, #9114-9023-0722-4215-4677-75* Pg. 17

**Established and Ordained; The Balkanii's Court; presents and delivers Judicial Cognizance Notice of Rules:**

1. All-rights Reserved and exclusively belongs to claimant-prosecutor master. None waived, and none negotiable.

2. No Foreign Agents/ Foreign attorney at law, nor a third-party [**NOT ALLOWED IN A 'COURT OF RECORD'**] can appear on behalf of accused wrongdoers and Nor such foreign agents/ foreign attorney, third party hearsay may file appearance on behalf, present hearsay evidence or hearsay testimony except to receive personal service of summons, and service of process and no other.

3. Attorneys are third party to subject matters, anything submitted by attorney without a witness first-hand knowledge, a corpus delicti sworn testimony or verified affidavit, and belonging to third party may not be admitted into evidence and wherefore not allowed in Balkanii's Court.

(cf.) Tinsey v Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647. "**Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment, 'No attorney submission can be admitted into evidence, period.')**

4. No motion to Dismiss, and or summary judgement may be submitted to Balkanii's Court, and or the magistrate assigned to hold and administer the proceedings of Court of Record; and if any; such presentments must be made in propio personam, viav voche; before the Tribunal panel of Jurors or Judges of Peers, at the time of Trial by Jurors, trier of the facts, only after at issue memorandum part, filed with Balkanii's Court, at any stage of the Court when all parties are present, at Balkanii's Court.

5. Disclosure and Discovery, orders specifying disclosure are made by prosecutor master. Unreasonable refusal, and delay to admit evidence including delay to

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75*  pg. 18

admissions will be penalized by assessment of cost of proof and or by way of void judgment.

6. All proceedings before to Balkan̄is Court shall be made simple, and informal and in summary.

7. All appearance shall be made under oath and affirmation and must be sworn before the Court, by a clerk of the Court and or before magistrate who is impartial, to a Writ.

8. All evidence and admissions  and all men and women, the people, persons; owners of said entities  and all real interest parties must be sworn on record before the magistrate and Court Clerk under oath and affirmation and All Court personal shall make available to provide for inspection of their oath of office(**if required**)and such shall be made available for transcript of record, upon demand (**if required**)for appeal board to review, if in case; Appeal becomes necessary venue.

9. Only one preliminary hearing is allowed before presenting verified claim and or verified answering affidavits to tribunal trial by jurors of judges of peers for discovery and disclosure purposes.

10. The Balkan̄i's Court will be accepting claims between 9.30 am until 10.30 am on August 6th, 2020. All Claims must be verified and made under sworn affidavit/ testimony before a public official and must be filed in advance in form of a writ, as expiration of Claims up made to; by Court by August, 6th, 2020 at 10.30 am. If none comes forth and or submits no claim, the Clerk of The Court shall sign the order of Writ of Possession.

11. Any discrepancy and disputes arises; such matter of discrepancy in controversy, and in question shall only be directed to, and be decided by the tribunal panel of All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments U.P.U. TREATY & TRIPOLI TREATY No:122. U.S. CONGRESS-5TH COMMON LAW

trial by jurors of judges of peers, before either magistrate to wit, and guidance shall be afforded for; of instructions to tribunal panel of jurors of judges of peers; by jurisprudence .

12. Tribunal Panel of trial by Jury of Judges of Peers shall be made available upon requirement, shall be duly in accordance with consistence of twenty-five (25) people, shall not be less then twelve (12) people; if such quantity may so not so be available.

13. Law [at] decree by the Aggrieved Party Claimant Magister Tribunal Sovereign Prerogative, as with; Constitutions for United States signed and executed of 1776, New York and Magna Carta, the Great Magna Chartarum, Moreover, the general misconception is that any statutes, codes rules passed by legislators bearing appearance of constitutes **Law of the Land. The United States Constitution is the Supreme Law of the Land, and any Statute, Code(special interest) & Law, Rule; in ORDER to be valid,** which must be in agreement and along in harmony with. It is impossible for a law, code and or rule which breaches (violates) the constitution to be valid. This succinctly stated as follows; "**All Laws which are \*REPUGNANT\*** to the Constitution are NULL and VOID." Marbury vs. Madison, 5U.S. (2 Cranch) 137, 174, 176, (1803), "Re-buil-ed 3684 times but **has never been overturned** .

14. Rules of the Said Court, Balkanli's Court, Court of Record may so be amended, and or added by the prosecutor Tribunal Master Aggrieved party claimant sovereign prerogative, with or without notices forehand written or unwritten as i:A MAN;[Muharrem],'we' THE PEOPLE; do ordain and establish, as it states in the PREAMBLE, as we the people, by the people, for the people, as "we" the people [people reserves all rights heretofore, and hereafter; waive none whatsoever] do not yield their sovereignty to the agencies which serves the people, in aid of the people's public affairs and business.

15. All Hearings before Balkanli's Court shall only be governed by Rules and so be

(U.P.U. TREATY & TRIPOLI TREATY No.:122:- U.S. CONGRESS-5TH COMMON LAW
All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 20

adapted and prescribed by the prosecutor master and No amendment shall be made without the consent of the prosecutor master.

**THE COURT:**



SEAL

**IN WITNESS OF:**

**Juan Antonio Medina**

**SO. ORDERED.**

**Muharrem Hasanli Attornatus Privatus**

Signed before me on/or this day of 6th, July, 2020

JASON VANCE
NOTARY PUBLIC, State of New York
No. 04VA6161023
Qualified in Bronx County
Commission Expires Feb. 8, 2023

**PUBLIC NOTARY**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122- U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 21

**BALKANLI'S COURT; [in] [COURT OF RECORD]**
**[at]**
CIVIL COURT OF CITY OF NEW YORK
89-17 SUTPHIN BOULEVARD
JAMAICA, NEW YORK, [11435], U.S.A.

**: i, a man; [Muharrem]:" we":**THE PEOPLE: of family of: For: **[Balkanli]**
**"Tribunal-Magister -Prosecutor-Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the People, Inhabitant of Land, Not a Corporate Person or an Entity"]**

---

***NOTICE*TRANSFER-REMOVAL*ORDER***
**U.S.C.I.T MISCELLANEOUS CASE#__________**

Index No.LT-053426-17QU
Index No.LT-076032-18QU:

Index No.LT-076033-18QU:

Index No.LT-076034-18QU:

**Verified Claim # 724 QSC 2020;**
**Verified Claim # 200 QSC 2020;**

**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD, HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"**

AGAINST,
Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN LLC.,& **CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION& The State of New York, "**John, S, Lansden ,Maria Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, Jeremy, S, Weinstein, Audrey I, Pheffer, Francis K, Kenna**

---

Wrongdoer(s)

**"NOTICE;"**

**TRANSFER-REMOVAL-**

**"ORDER;"**

**REMOVAL**

**FROM; "COURT OF RECORD;"**

[at]

**"CIVIL COURT;"**

**TRANSFER TO; BALKANLI'S COURT; "A COURT OF RECORD;"**

[in]

**FEDERAL COURT,**

[at]

**"UNITED STATES COURT OF INTERNATIONAL TRADE;"**

**[AN ARTICLE III COURT; "QUASI *JUDICIAL* & "LEGAL" SYSTEM-**

**TRIBUNALS COURT;"-"ACTION AT LAW AND SUITS IN EQUITY;"**

**MULTI-JURISDICTIONAL; "A FEDERAL DISTRICT COURT;"]**

**COMES NOW, The Court,** also known as **"Balkanlis Court;" "a Court of**

**Record;" Constitutional Court of Common Law Court of Pleas, [at]** the "Civil

Court of City of New York;" **"JUDICIAL SYSTEM COURT; Not legal system**

court] located [at] [891]? Sutphin Boulevard, Jamaica, A town in Queens County, at

New York State, a Public Court; in Public Venue namely of; 11th Judicial District of

New York State, being situated, as Public Court, in the Public Venue, after failing

persistently knowingly and willingly in **MALFEASANCE,NONFEASANCE AND**

**MISFEASANCE** to provide "a pro-per" Common Law Court Decorum, of a **"Court**

**of Record."**

**WHEREAS: BALKANLI COURT; COURT OF RECORD; NOTICES,**

**ORDERS; to** the Clerk of the said Civil Court and Deputy Clerk of the said Civil

Court; and on its own motion to **TRANSFER and REMOVE** the entire cases and its

records, the original filings of entire proceedings, providing summary reports of said

indexes of actions ; along with individual case summary reports directly to attention

of office of the Court Clerk; Clerk of the Court; for the "**Balkanli's Court**" Court of

**Record, Constitutional Federal Common Law Court of Pleas,** [at] **FEDERAL**

**COURT** [at] United States Court of International Trade, located at One federal Plaza,

New York, New York.

**WHEREFORE:** "**Tribunal-Magister Prosecutor Harmed-Wronged-**

**Aggrieved Party-Claimant**" Muharrem, a man, one of the people of [**Balkanli**],

moving [**Balkanli's Court: A Court of Record**] of verified nature of case: Claim,

the cause of action, trespass at law, suits in equity, against the wrongdoers : men and

women, the people and corporate persons and entities; all thereof; as soon to be heard

in **Open Court Decorum, Court of Record** be administered, and held on **9:30 am,**

on **Thursday,** of 6th day of **August, 2020** as soon as real interest parties can be so

heard before the Impartial Magistrate Justice of Peace and or by the Tribunal Panel of

impartial Magistrates of Justice of Peace; whom are to be assigned by the Office of

Court Clerk; Clerk of Court; and further such matters to be decided **ONLY** by

impartial tribunal panel of Jurors of Peers,(**Judges**) whose verdict for a final

determination of Final Judgement [as required and demanded by the "**DUE**

**PROCESS**" Not for a Default or Void, Nihil Decit Judgement, but a Final Vere-**

**Dictum** " Verdict of Judgement by tribunal Panel of Jurors of Judges of peers ;**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No.122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S, #9114-9023-0722-4215-4677-75* pg. 24

**who shall be independent to the Magistrate(s); whom be assigned to hold administer the Court, "Court of Record;" for compensation for harm and damages in-for the cause of said claim of trespass and in restoration of property;]** so be held [at] **Federal Court; as a Court of Record**; **[at]** United States Court of International Trade, located at One [1] Federal Plaza, New York New York.

THE COURT **SO, ORDERED.**

**SEAL**

**Muharrem Balkanli**
**Attornatus Privadus**

**IN WITNESS OF:**
**Juan Antonio Medina**

**Signed before me on this day of 6th, July, 2020**

JASON VANCE
NOTARY PUBLIC, State of New York
No. 04VA6161023
Qualified in Bronx County
Commission Expires Feb. 8, 2023

**PUBLIC NOTARY**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 25

**Balkanli`s Court, Court of Record, [in] Federal Court**
**[at]**
UNITED STATES COURT OF INTERNATIONAL TRADE
[1] FEDERAL PLAZA
NEW YORK CITY, NEW YORK, [10278] U.S.A
**: i, A MAN; [Muharrem]:" we": THE PEOPLE**: of: for; family: **[Balkanli]**
**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the People, inhabitant of Land, Not a Corporate Person or an Entity"]**

---

**'WRIT OF POSSESSION'**

**U.S.C.I.T.: MISCELLANEOUS CASE:** ____________

Index No.LT-053426-17QU
Index No.LT-076032-18QU:

Index No.LT-076033-18QU:

Index No.LT-076034-18QU:

**Verified Claim # 724 QSC 2020;**
**Verified Claim # 200 QSC 2020;**

**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD, HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"**

AGAINST,
Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN LLC.,& **CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION& The State of New York, "**John, S, Lansden ,Maria Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, Jeremy, S, Weinstein, Audrey I, Pheffer, Francis K, Kenna**

---

Wrongdoer(s)

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 26

:TO THE UNITED STATES MARSHAL OFFICE,
SOUTHERN DISTRICT, NEW YORK STATE.

:TO THE SHERIFF OF QUEENS COUNTY,
STATE OF NEW YORK.

**WHEREAS** on the 6th day of August , 2020, by a certain judgment of the **Balkanli's Court, Court of Record,** at New York County, **[in] [Federal Court [at]** United States Court of International Trade, [at] 1 Federal Plaza, New York City, New York State, in a cause therein pending, wherein, **Muharrem Balkanli,** one of the people of New York, is Tribunal-Magister Prosecutor Aggrieved Party-Claimant and **CHRISTIANA TRUST, also known as CHRISTIANA TRUST,** is one of the wrongdoer(s), it was ordered and adjudged that the aggrieved party claimant recover the possession of the lands and premises, property with appurtenances described in his claims and any amendments to the verified claim, if any, from the following wrongdoer's **CHRISTIANA TRUST, also known as CHRISTIANA TRUST** and any other real interest parties or occupants holding under them, which property, the vacant padlocked premises is particularly described as follows; in Queens County, New York State: the said private property of three family being known as addressed as 41-32 40th Street, Sunnyside, New York, 11104, all floors, apartments of first floor(basement), Second floor, and third floor, and it being represented to the Court that the City Marshall's deed was drawn wrongfully to **CHRISTIANA TRUST, also known as CHRISTIANA TRUST,** the possession of which said lands and property premises the said wrongdoers have hitherto **un-lawfully, il-legally and im-morally** deprived **Muharrem Balkanli** of said property was the case, as is it appears to us of record.

**WHEREFORE; YOU ARE COMMANDED** to remove all locks and persons if there are any, from the following described "vacant property" in Queens County, New York: the said private property of premises of three family house; being known, and situated as; as addressed as 41-32 40th Street, Sunnyside, New York, 11104, all floors, apartments of first floor, Second floor, and third floor and to put Muharrem Balkanli in possession of it.

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No.122-, U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 27

**THEREFORE, YOU ARE COMMANDED** that, without delay, you cause Muharren Balkanli, to have possession of the said lands and property, premises with appurtenances thereunto belonging and appertaining; and:

**MAKE** known to the Balkanli's Court, Court of Record,[in]federal Court [at] United States Court of International Trade; aforesaid at New York City, New York within three (3) month next, the manner in which you, U.S. Marshal and or Sheriff have executed this writ; and there and there you then and have you this Writ.

**WITNESS,** the honorable: _____, **Magistrate Justice** of Peace of the Balkanli's Court, Court of Record,[in]federal Court [at] United States Court of International Trade; [at]| Federal Plaza, aforesaid at New York City, New York, aforesaid  on this 6th  day of August, 2020.

(SEAL)                               [COURT OF RECORD],
                                     [in]
                                     FEDERAL COURT,
                                     [at]
                                     UNITED STATES COURT OF INTERNATIONAL TRADE
                                     OFFICE OF COURT CLERK
                                     Clerk of the Court of Record

                                     By
                                     _____
                                     (Wet-Blue-Ink Only) Deputy Clerk
                                     August, 6th , 2020

All-Rights Reserved~None Negotiable~Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122.~ U.S. CONGRESS~S-III COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 28

**Balkanli's Court, Court of Record, [in] Federal Court[at]**
UNITED STATES COURT OF INTERNATIONAL TRADE
[1] FEDERAL PLAZA
NEW YORK CITY, NEW YORK, [10278] U.S.A
; i, A MAN; [Muharrem]; "we"; THE PEOPLE: of; for; family: [Balkanli]
"Tribunal-Magister Prosecutor/Harmed-Wronged-Aggrieved-Party-Claimant"
["One of the People, inhabitant of Land, Not a Corporate Person or an Entity"]
'WRIT OF AND ORDER FOR FINAL JUDGMENT TO CLAIMS; TORT; TRESPASS;'
U.S.C.I.T.: MISCELLANEOUS CASE:

Index No.LT-053426-17QU;

Index No.LT-076032-18QU;

Index No.LT-076033-18QU;

Index No.LT-076034-18QU;

**Verified Claim # 724 QSC 2020;**
**Verified Claim # 200 QSC 2020;**
**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD**
**UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL-FRAUD,**
**HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"**

AGAINST,

Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN LLC.,&
**CHRISTINA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND**
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT
TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK
MOVING CORPORATION& The State of New York, "John, S, Lansden ,Maria
Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar
**Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, Jeremy, S, Weinstein,**
**Audrey I, Pheffer, Francis K, Kenna**
Wrongdoer(s)

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122., U.S, CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 29

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4215 4677 75

LAB490R Aug. 2013 7690-17-000-0869

USPS TRACKING # & CUSTOMER RECEIPT LABEL (ROLL) 9114 9023 0722 4215 4677 75 For Tracking or inquiries go to USPS.com or call 1-800-222-1811

7020 0090 0002 1762 2275

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7020 0090 0002 1762 2275

**Claimant Case No: 9114-9023-0722-4215-4677-75**
**Claimant Case No: 7020-0090-0002-1762-2275**
**(Certified by way of USPS: UPU Treaty Applies)**
**(Priority Mail Tracking by Way of U.S.P.S: UPU Treaty Applies)**
**Similar to a 'Verified Claims' upon Case No's: #724 QSC 2020; 200 QSC 2020;**
LT-053426-17QU; LT-076032-18QU: LT-076033-18QU: LT-076034-18QU:

**Notice to Officers of the Court:** Upon penalty for **'Trespass upon the Case'**: this is a common law suit in a 'Court of Record':

1) the above case number must be the primary case number recorded upon all documents in this case; and all referenced cases hereafter; and pressed upon the record; regardless of any other numbers used by the Clerk of Court; or other; for internal department management; or other purposes;

2) the style in which this Claim is made; may not be altered in any way and; at no time does 'Claimant' consent to be restyled as a 'Plaintiff' or as a ' Pro Se' ; or other; or to have this 'Claim' be restyled as a 'Complaint'; DO govern yourself in duty and obligation, as public servants with due diligence and jurisprudence in duly accordance.

**In Re: a Tort; in Original Jurisdiction of A MAN; "we" THE PEOPLE;**

Amount per Wrongdoer(s): (See True Bill-Part A+ Part B+ Part C+ Part D+ Part E)

**August,6ᵗʰ 2020; 09:30 AM EDT**

**Heard on this 6ᵗʰ , day of August, 2020 , in Balkanh's Court; A Court of Record, [in] Federal Court [at] U.S. Court of International Trade, a Public Federal District Courthouse; located a[at] One Federal Plaza, New York City, New York state, in the United States of America; on before; Witnessed by Magistrate Justice of Peace:** _____ ; a Trustee of: THE PEOPLE ; A **MAN; at Court Room** _____ ; **A New York County, Federal District Courthouse, in Public Venue, in this court of record; at common law; trial by jury; by right of man; guaranteed; all rights reserved; none waived;**

**CLAIMS: TORT; TRESPASS; AND ORDER FOR FINAL JUDGMENT TO RESTORE PROPERTY; AND COMPENSATION;**

**COMES NOW; i; Muharrem; A MAN;"we" THE PEOPLE; in this 'Court of Record'; at common law; aggrieved; wronged; harmed; Claimant; and Order Clerk of Court, Office of Court Clerk, to enter final Judgment; for each Claim; signed by the attending Magistrate(s); upon Wrongdoers; each and all of them; Named or Unnamed ; for the following Claims; proved and seasoned by Wrongdoer(s)' confession and acquiescence ; for Wrongs; harms upon i; a man; and my pro-per-ty; such Wrongs caused by Wrongdoer(s) upon i; without verified claim or law-ful, legal right to law-ful and legal authority; with proper Compensation to i; as claimed within the True Bill attached (See True Bill-Part A+ Part B+ Part C+ Part D+ Part E)to this my Claims;**

i; **Muharrem; A MAN;"we" THE PEOPLE;** claim; consusnance; propriety; of this; my case; and all other cases referred to herein; and;

i; **Muharrem; A MAN;"we" THE PEOPLE;** claim; i; and my property; do not exist by the creation of the legislature of the State of New York; or the pleasure of the State of New York; nor am subject to any statute of the State of New York; including but not limited to Official Constitutions signed into Effect; on 1776 in the year of my lord, for the United States, In New York; or other; and;

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5ᵀᴴ COMMON LAW
*CASE U.S.P.S, #9114-9023-0722-4215-4677-75* pg. 31

i; **Muharrem; A MAN;'we" THE PEOPLE;**  do not appear; before my 'Court of Record'; as a 'Person'; citizen; subject; or within any limitations or disabilities of statutes or codes; rather as man; by right; with all rights reserved; and;

i; **Muharrem; A MAN;'we" THE PEOPLE;**  claim; i did offer you; Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; and; all other Wrongdoers; Noticed by way of Notice to each of you; at each of your Offices; all owners and/or Principals associated of said entities with you in your Official capacity as a Public Servant; the opportunity to settle this matter privately with i; within twenty-one (21) days of my first Notice of Claim(s); and;

i; **Muharrem; A MAN;'we" THE PEOPLE;**  claim; that you; Wrongdoers; From A and; to Z aforementioned; and; the men and the women, people, persons, together with all Owners and/or Principals of entities; all other Wrongdoers; Noticed by way of Notice to each of you; at each of your Offices; all Owners and/or Principals associated with you in your Official capacity as a Public Servant; did acquiesce to each and all of my Claims; and associated Compensation; by tacit procuration; and;

i; **Muharrem; A MAN;'we" THE PEOPLE;**  you; Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; the men and the women, people, persons, together with all Owners and/or Principals of said entities together with all other owners and/or Principals associated of said entities  with you in your Official capacity as a Public Servant; do continue to Trespass upon i; A MAN;[Muharrem] in naked possession of i; a man's pro-per-ty; without law-ful right; without [verified] claim; without law-ful and legal authority thereof; and;

i; **Muharrem; A MAN;'we" THE PEOPLE;**  require; demand; you; Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; the men and the women, people, persons, together with all Owners and/or Principals together with all Owners and/or Principals associated with you in your Official capacity as a Public Servant; restore to i; i; a man's pro-per-ty; shown in exhibit A; and; exhibit B; and; exhibit C; and; exhibit D; exhibit E; now; immediate; and;

i; **Muharrem; A MAN;'we" THE PEOPLE;**  require; demand; you Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; the men and the women, people, persons, together with all Owners and/or Principals associated with you in your Official capacity as a Public Servant; deliver in person; i; a man's pro-per-ty; at the location from which you caused said pro-per-ty; (All whatsoever within) to be removed; commonly known as: 4132 40ᵗʰ Street; Sunnyside; New York State; to

All-Rights Reserved–None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122; U.S. CONGRESS-5ᵀᴴ COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 32

i; a man; care of Muharrem: Balkanli; i: a man; in the same condition as the day you Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers took wrongful possession of said pro-per-ty; and;

**i; Muharrem; A MAN;'We" THE PEOPLE;**; require; compensation; from each of you; for the wrong; you; Wrongdoers; From A and; to Z aforementioned; and; all other Wrongdoers; together with all the owners and/or Principals associated with you in your Official capacity as a Public Servant; do to i; A MAN; in the amount of the 'True Bill'; attached; and;

**i; Muharrem; A MAN;'We" THE PEOPLE;** claim; verify; all herein be true; and will verify same in open Court; if i require;

**WHEREFORE; in consideration of the evidence and Wrongdoer's confession i; Muharrem; A MAN;'We" THE PEOPLE; at common law; aggrieved; wronged; harmed; Claimant; Order; this Court to enter FINAL Judgment; for each of my Claims; signed by the attending Magistrate; upon Wrongdoers; each and all of them; Named or Unnamed; for the aforesaid Claims; proved and seasoned by Wrongdoer(s)' acquiescence; for Wrongs upon i; a man; and my pro-per-ty; such Wrongs caused by Wrongdoer(s) upon i; without verified claim or right or authority; with proper Compensation to i; as claimed within the True Bill attached to this my Claims; with all rights reserved to i; Claimant;**

this 6th day of July, 2020

By:____________________________

**i; Muharrem; A MAN;'We" THE PEOPLE;of;for family: Balkanli**
a.k.a. 'Muharrem Balkanli';
A MAN; aggrieved; wronged; harmed; Claimant;

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 33

**VERIFIED / CERTIFIED PROCESS SERVICE**

i verify/certify; under penalty of perjury; that a true and correct copy of this file:
SUMMONS; NOTICE TO APPEAR; JUDICIAL COGNIZANCE NOTICES;
JUDICIAL NOTICE OF RULES; VERIFIED CLAIMS; TORT; TRESPASS; WRIT
OF POSSESSION; NOTICE OF REMOVAL &TRANSFER; AND ORDER FOR
FINAL JUDGMENT TO RESTORE PROPERTY; AND COMPENSATION;
LETTER OF ROGATORY; be delivered; by hand; to the Clerk of Court; and by
hand; to Wrongdoers; the men and the women, people, persons, together with all
Owners and/or Principals of said wrongdoer entities; this ___ day of July, 2020; at the
addresses given below...

i; Muharrem,' A MAN;'We" THE PEOPLE;' or/ for family; Balkanli
; a.k.a. 'Muharrem Balkanli';

A MAN; aggrieved; wronged; harmed; Claimant;
Attn to: Wrongdoers: Edward F; a man; a people; of family: Guida, Jr.; located at 47-
26 104th Street, Corona, New York, 11368, U.S.A.

Wrongdoers: Owner(s) and/ or Principal(s) of RAS BORISKIN LLC;.& CHRISTINA
TRUST; A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT
IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4.; a/k/a/
CHRISTIANA TRUST; A DIVISION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF
ARLP TRUST 4., located at 900 Merchants Concourse, Suite 310, Westbury, New
York, 11590, U.S.A.

Wrongdoers: Owner(s) and/ or Principal(s) of NETWORK TRUCKING a/k/a/
NETWORK MOVING CORPORATION located at 1762 Chalabay Lane, East
Meadow, New York, 11554, U.S.A.

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 34

Wrongdoers: Owner(s) and or Principal(s) of The State of New York, located at 28 Liberty Street, New York, New York, 10005, U.S.A.

Wrongdoers: "John, S. Lansden, Maria Ressos, Sally E. Unger, Malaika N. Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, located at 8917 Sutphin Boulevard, Jamaica, New York, 11435, U.S.A.

Wrongdoers: Jeremy, S. Weinstein, Audrey I. Pheffer, Francis K. Kenna located at 8811 Sutphin Boulevard, Jamaica, New York, 11435, U.S.A.

The said wrongdoers are in Possession of [See verified evidence: True Bill-Part A', Court filings In Court of record, at Civil Court+ Part B+ Part C+ Part D+ Part E which was forehand previously delivered to All Wrongdoers] previous documentations, which was delivered to them in advance.

*************** **************** **************** *************

## COMMERCIAL OATH AND VERIFICATION

Bronx county )
) Commercial Oath and Verification
New York state )

i; Muharrem; A MAN; "We" THE PEOPLE; of for family; Balkanli; a.k.a. "Muharrem Balkanli'; A MAN; aggrieved; wronged; harmed; Claimant; under my unlimited liability and Commercial Oath; proceeding in good faith; being of sound mind; verify that the facts contained herein are true, correct, complete and not misleading; to the best of my knowledge; and; belief; under Penalty; of Perjury; and International Commercial Law, 6th day of July, 2020

i; Muharrem; A MAN; "We" THE PEOPLE; of for family; Balkanli
; Claimant;

By; _____ , [cf/ UCC 3-402 (b)(1)]
i; Muharrem; A MAN; "We" THE PEOPLE; of for family; Balkanli
; a.k.a. 'Muharrem Balkanli';
A MAN; aggrieved; wronged; harmed; Claimant;

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122;- U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S, #9114-9023-0722-4215-4677-75* pg. 35

**Balkanli`s Court, Court of Record, [in] Federal Court[at]**
UNITED STATES COURT OF INTERNATIONAL TRADE
[1] FEDERAL PLAZA
NEW YORK CITY, NEW YORK, [10278] U.S.A

**: i, A MAN; [Muharrem]:" we": THE PEOPLE**: of: for; family: **[Balkanli]**
**"Tribunal-Magister Prosecutor Harmed-Wronged-Aggrieved Party-Claimant"**
**["One of the People, inhabitant of Land, Not a Corporate Person or an Entity"]**
**'WRIT OF REQUEST FOR INTER-NATIONAL JUDICIAL ASSISTANCE;**
**U.S.C.I.T.: MISCELLANEOUS CASE: ________________**

Index No.LT-053426-17QU
Index No.LT-076032-18QU:

Index No.LT-076033-18QU:

Index No.LT-076034-18QU:

**Verified Claim # 724 QSC 2020;**
**Verified Claim # 200 QSC 2020;**

**"TRESPASS-FORGERY-TRESPASS TO THE CASE, BARRATRY, FRAUD UPON COURT, BURGLARY-ROBBERY-LARCENY-THEFT-MAIL FRAUD, HONEST SERVICES MAIL FRAUD, PUBLIC CORRUPTION"**

AGAINST,

Edward F, a man: a people: of family: Guida, Jr.,& RAS BORISKIN LLC.,& **CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4.,& NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION& The State of New York, "**John, S, Lansden ,Maria Ressos ,Sally E, Unger,Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell, Jeremy, S, Weinstein, Audrey I, Pheffer, Francis K, Kenna**

---

Wrongdoer(s)

**LETTER OF ROGATORY FOR WRIT OF REQUEST, FOR INTER-NATIONAL JUDICIAL ASSISTANCE, IN SERVICE OF PROCESS**

**BALKANLI'S COURT;**
**COURT OF RECORD**
**[IN]**
**FEDERAL COURT**
**[AT]**
UNITED STATES COURT OF INTERNATIONAL TRADE
1 FEDERAL PLAZA
NEW YORK, NEW YORK, U.S.A.

**IN THE MATTER OF BALKANLI V GUIDA, JR., ET. AL.,**
**Claimant Case No: 9114-9023-0722-4215-4677-75**
**Claimant Case No: 7020-0090-0002-1762-2275**
**(Certified by way of USPS: UPU Treaty Applies)**
**(Priority Mail Tracking by Way of U.S.P.S: UPU Treaty Applies)**
**Similar to a 'Verified Claims' upon Case No's: #724 QSC 2020; 200 QSC 2020;**
LT-053426-17QU; LT-076032-18QU; LT-076033-18QU; LT-076034-18QU

**IN RE: REQUIREMENT FOR INTER-NATIONAL JUDICIAL ASSISTANCE**
**FOR: SERVICE OF PROCESS**

**COMES NOW, The Court, on its own motion; the Balkanli's Court; Court of Record, [in] Federal Court; delivers and presents its compliments to the appropriate Judicial Authority of the United States Court of International Trade, and kindly requests International Assistance to effectuate the Service of Process to be used in a COMMON LAW JUDICIAL Proceedings before this Court in the above captioned matter. A trial/ preliminary hearing date on this matter has been scheduled at present for the 6th, day, Thursday of August, 2020, [in] Balkanli's Court, Court of Record;[in] Federal Court [at] Public Courthouse, Public venue in New York County, New York State, in the United States of America, located at One Federal Plaza.**

**The said Court; Balkanli's Court; a Court of Record, kindly requests the assistance described herein as necessary in the interest of justice and in an order perpetuate the domestic tranquility; Peace. The assistance requested is that the appropriate Judicial Authority of United States Court of International Trade, and the Office(s) of the Court Clerk and Offices of U.S.M.S, respectively, compel**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122; U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S, #9114-9023-0722-4215-4677-75* pg. 37

the said and named wrongdoer's to appear, to give evidence, produce documents, and affect the service of process upon the below individuals;as follows;

Wrongdoers: Edward F, a man; a people; of family; Guida, Jr., located at 47-26 104th Street, Corona, New York, 11368, U.S.A.

Wrongdoers: Owner(s) and or Principal(s) of RAS BORISKIN LLC.,& **CHRISTINA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT TRUSTEE OF ARLP TRUST 4., a/k/a/ **CHRISTIANA TRUST** A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT, ARLP TRUST 4., located at 900 Merchants Concourse, Suite 310, Westbury, New York, 11590, U.S.A.

Wrongdoers: Owner(s) and or Principal(s) of NETWORK TRUCKING a/k/a/ NETWORK MOVING CORPORATION located at 1762 Chaladay Lane, East Meadow, New York, 11554, U.S.A.

Wrongdoers: Owner(s) and or Principal(s) of The State of New York, located at 28 Liberty Street, New York, New York, 10005, U.S.A.

Wrongdoers: ''**John, S, Lansden, Maria Resoss, Sally E, Unger, Malaika N, Scott-McLaughlin-Bland, Enedia Pilar Sanchez, Jose Rodriguez, Sergio Jimenez, Steven Powell,** located at 8917 Surplin Boulevard, Jamaica, New York, 11435, U.S.A.

Wrongdoer's: **Jeremy, S, Weinstein, Audrey I, Pheffer, Francis K, Kenna** located at 8811 Surlphin Boulevard, Jamaica, New York, 11435, U.S.A.

**\*The said wrongdoers have the right to remain silence and not to incriminate themselves on record pursuant to the Constitutional rights afforded under 1776 Constitutions for the United States, the nationals and or Citizens, Subjects thereof. \*** The said wrongdoers are in Possession of [See verified evidence; **True Bill-Part A ', Court filings In Court of record, at Civil Court+ Part B+ Part C+ Part D+ Part E which was fo.rehand previously delivered to All Wrongdoer's)** previous documentations, which was delivered to them in advance.

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No.122-. U.S. CONGRESS-5ᵀᴴ COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 38

**in Reciprocity and Reimbursement for cost; Pursuant to Tripoli Treaty executed and current, and valid thereof, under No.122 U.S. Congress 5th, Still in effect, The Said Court, Balkanli`s Court Expresses willingness to reimburse the Judicial Authorities for the costs incurred in executing the requesting Court`s Balkanli`s Court`s Letters of Rogatory, in judicial Assistance in service of Process.**

**THE COURT** **SO, ORDERED**

**SEAL**

**BY__________________**
**Muharrem Balkanli**
**Tribunal Magister**
**Attornatus Privadus**

**IN WITNESS OF:**

**Juan Antonio Medina**

**Signed before me on this day of 6th, July, 2020**

JASON VANCE
NOTARY PUBLIC, State of New York
No. 04VA6161023
Qualified in Bronx County
Commission Expires Feb. 8, 2023

**PUBLIC NOTARY**

All-Rights Reserved-None Negotiable-Private Secured Commercial Instruments
U.P.U. TREATY & TRIPOLI TREATY No:122-. U.S. CONGRESS-5TH COMMON LAW
*CASE U.S.P.S. #9114-9023-0722-4215-4677-75* pg. 39

