UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MUHARREM BALKANLI, et al.,                                  :
                                    Plaintiffs,             :
                                                            :      20 Misc. 737 (LGS)
            -against-                                       :
                                                            :      ORDER
EDWARD F. GUIDA, et al.,                                    :
                                    Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs filed this action as a miscellaneous action without a Miscellaneous Civil Cover Sheet.

WHEREAS, this action does not fall under any miscellaneous cause of action category as outlined in the Memorandum titled "Miscellaneous Civil Case Opening and Electronic Filing of Applications" issued by Chief Judge Colleen McMahon on June 15, 2017.  It is hereby

**ORDERED** that Plaintiffs are directed to re-file this action as a civil case and either pay the associated filing fee or submit an *in forma pauperis* application.

The Clerk of Court is respectfully directed to close this case.

Dated: December 14, 2020
       New York, New York

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**